IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| INDIANA GRQ, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CASE NO.** |
| vs. ) | |
| ) | |
| AMERICAN GUARANTEE AND LIABILITY ) | |
| INSURANCE COMPANY, INTERSTATE ) | |
| FIRE & CASUALTY COMPANY, STARR ) | |
| SURPLUS LINES INSURANCE COMPANY, ) | |
| CHUBB CUSTOM INSURANCE COMPANY, ) | |
| GENERAL SECURITY INDEMNITY ) | |
| COMPANY OF ARIZONA, AXIS SURPLUS ) | |
| INSURANCE COMPANY, and IRONSHORE ) | |
| SPECIALTY INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL OF ACTION
## UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

Defendants, American Guarantee and Liability Insurance Company ("AGLIC"), Interstate Fire & Casualty Company ("Interstate"), Starr Surplus Lines Insurance Company ("Starr"), Chubb Custom Insurance Company ("Chubb"), General Security Indemnity Company of Arizona ("General Security"), Axis Surplus Insurance Company ("Axis") and Ironshore Specialty Insurance Company ("Ironshore") (collectively "the Insurers") hereby remove this action based on diversity of citizenship and the amount in controversy and in support thereof states as follows

1.  On or about June 18, 2020, Plaintiff, Indiana GRQ, LLC filed its Complaint against the Insurers in the Court of Common Pleas, Summit County Ohio, Case No. CV-2020-06-1773, where this case is now pending. A true and accurate copy of the Complaint is attached as Exhibit A.

2. Plaintiff served General Security with a copy of the Complaint on or about July 28, 2020.

3. Defendants AGLIC, Interstate, Starr, Chubb, Axis and Ironshore all individually and collectively consent to this notice of removal.

4. Plaintiff is a limited liability company organized under Delaware law with a principal place of business in South Bend, Indiana. When Plaintiff filed its Complaint in Court of Common Pleas, Summit County Ohio, all of its members were residents of California, and they remain so at the time of filing of this Notice of Removal.

5. Defendant AGLIC is a corporation organized under the laws of the State of New York with its principal place of business in Schaumburg, Illinois.

6. Defendant Interstate is a corporation organized under the laws of the State of Illinois with its principal place of business in Chicago, Illinois.

7. Defendant Starr is a corporation organized under the laws of the State of Texas with its principal place of business in New York, New York.

8. Defendant Chubb is a corporation organized under the laws of the State of New Jersey with its principal place of business in Warren, New Jersey.

9. Defendant General Security is a corporation organized under the laws of the State of Arizona with its principal place of business in Phoenix, Arizona.

10. Defendant Axis is a corporation organized under the laws of the State of Georgia with its principal place of business in Alpharetta, Georgia.

11. Defendant Ironshore is a corporation organized under the laws of the State of Arizona with its principal place of business in Boston, Massachusetts.

12. The Insurers issued property insurance contracts, in accordance with their proportionate shares, to Plaintiff for the 2016-17 program year ("the Policy").

13. In the above-captioned matter, Plaintiff alleges that its property insured under the Policy suffered losses related to an August 15, 2016 event for which Plaintiff claims the Insurers have failed to "acknowledge their coverage obligations." Ex. A, ¶1 & 11.

14. To date, the Insurers have paid Plaintiff in excess of $2.6 million. Exhibit A, ¶ 9.

15. Plaintiff avers the remaining dispute between the parties is in excess of $21,000,000 Exhibit A, ¶¶ 51 & 55.

16. Plaintiff's Complaint also seeks "bad faith" damages. *See generally* Ex. A., Count III.

17. This Court's diversity jurisdiction is invoked pursuant to 28 U.S.C. § 1332 in that there is complete diversity of citizenship between Plaintiff and all Defendants and the amount in controversy, exclusive of interests and costs, exceeds $75,000. This action may therefore be removed to this court pursuant to 28 USC § 1441(b).

18. This initial notice of removal is timely filed within thirty days after General Security's receipt of the Complaint filed and served by Plaintiff and all Defendants consent to same.

WHEREFORE, Defendants American Guarantee and Liability Insurance Company, Interstate Fire & Casualty Company, Starr Surplus Lines Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona, Axis Surplus Insurance Company and Ironshore Specialty Insurance Company respectfully request that this cause be removed to the United States District Court for the Northern District of Ohio

Respectfully submitted,

/s/ *Andrew Jamison*
Andrew D. Jamison (#0069679)
Daniel C. Egger (#0096903)
Reminger Co., LPA
400 Courtyard Square
80 South Summit Street
Akron, Ohio 44308
Telephone: (330) 375-1311
Facsimile: (330) 375-9075
ajamison@reminger.com
degger@reminger.com

Of Counsel:
Peter E. Kanaris
David E. Heiss
Hinshaw & Culbertson LLP
151 N. Franklin St., Suite 2500
Chicago, Illinois 60606
312-704-3000
pkanaris@hinshawlaw.com
dheiss@hinshawlaw.com

*Attorneys for American Guarantee and Liability Insurance Company, Interstate Fire & Casualty Company, Starr Surplus Lines Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona, Axis Surplus Insurance Company and Ironshore Specialty Insurance Company.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2020, a copy of the foregoing pleading, **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY),** was filed electronically. Notice of this filing will be served via electronic mail on the parties listed below:

Jodi D. Spencer-Johnson
P. Wesley Lambert
Brouse McDowell LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
jjohnson@brouse.com
wlambert@brouse.com

and

Mark Miller
William O'Neill
Miller Friel, PLLC
1200 New Hampshire Avenue, N.W.
Suite 800
Washington D.C., 20036

/s/ *Andrew Jamison*
Andrew D. Jamison (#0069679)