IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF
INDIANA SOUTH BEND DIVISION

| | |
|---|---|
| INDIANA GRQ, LLC, | ) |
| Plaintiff, | ) Cause No. 3:21-cv-00227-DRL-MGG |
| v. | ) |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, et al., | ) |
| Defendants. | ) |

**PLAINTIFF INDIANA GRQ, LLC'S MOTION TO EXCLUDE
DEFENDANT INSURERS' EXPERT WITNESSES**

Plaintiff Indiana GRQ, LLC ("IRG") moves to exclude the expert reports and expert testimony of Defendant Insurers' experts Robert West, Gerald Provencher, Chaz Mello, and Paul Christoferson. Two of Defendant Insurers' experts formed their opinions from a review of IRG's confidential mediation materials. None of these expert's opinions meet the requirements of Fed. R. Evid. 702 or *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993). Their opinions are not based "on sufficient facts or data." Fed. R. Evid. 702. For the reasons stated in the accompanying memorandum in support, Defendant Insurers should be barred from presenting opinion testimony as noted herein for designated experts Robert West, Gerald Provencher, Chaz Mello, and Paul Christoferson.

DATED this 17th day of April, 2023                             Respectfully submitted,

                                                */s/ Mark E. Miller*
Mark E. Miller
Brian G. Friel
Benjamin W. Massarsky
William T. O'Neil
MILLER FRIEL, PLLC
2445 M Street NW, Suite 910
Washington, DC  20037
Tel: (202) 760-3160
Fax: (202) 459-9537
millerm@millerfriel.com
frielb@millerfriel.com
massarskyb@millerfriel.com
oneilw@millerfriel.com

Clint A. Zalas
LEE, GROVE and ZALAS
54391 30th Street
South Bend, Indiana 46635
Tel: (574) 232-5923
Fax: (574) 232-5942
cazalas@lgzlegal.com

*Attorneys for Plaintiff Indiana GRQ, LLC*

## **CERTIFICATE OF SERVICE**

      I, Benjamin W. Massarsky, hereby certify that on April 17, 2023, a copy of the foregoing was served electronically on the parties listed below:

      Peter E. Kanaris
      David E. Heiss
      Hinshaw & Culbertson LLP
      151 N. Franklin Street, Suite 2500
      Chicago, Illinois 60606
      dheiss@hinshawlaw.com
      pkanaris@hinshawlaw.com

      Jennifer J. Kalas
      Hinshaw & Culbertson, LLP
      322 Indianapolis Blvd.
      Suite 201
      Schererville, IN 46375
      Tel: (219) 864-4521
      Fax: (219) 864-5052
      jkalas@hinshawlaw.com

      Mitch Orpett
      David Schroeder
      Tribler Orpett & Meyer P.C.
      225 West Washington, Suite 2550
      Chicago, IL 60606
      maorpett@tribler.com
      deschroeder@tribler.com

                                                /s/ *Benjamin W. Massarsky*
                                                        Benjamin W. Massarsky