AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

INDIANA GRQ, LLC

      Plaintiff

      v.                                         **Civil Action No.**   3:21cv227

AMERICAN GUARANTEE AND LIABILITY
INSURANCE COMPANY;
INTERSTATE FIRE & CASUALTY COMPANY;
STARR SURPLUS LINES INSURANCE COMPANY;
CHUBB CUSTOM INSURANCE COMPANY;
GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA;
AXIS SURPLUS INSURANCE COMPANY;
IRONSHORE SPECIALTY INSURANCE COMPANY

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $ _____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Jury returned verdict in favor of plaintiff Indiana GRQ, LLC and against defendants American Guarantee and Liability Insurance Company, Interstate Fire & Casualty Company, Starr Surplus Lines Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona, Axis Surplus Insurance Company, and Ironshore Specialty Insurance Company. Jury AWARDED compensatory damages for Indiana GRQ, LLC in the total amount of $24,719,043 (Twenty four million seven hundred nineteen thousand and forty three dollars). Jury AWARDED punitive damages against defendant American Guarantee and Liability Insurance Company in the amount of $12,500,000.00 (Twelve million five hundred thousand dollars); against defendant Interstate Fire & Casualty Company in the amount of $12,500,000.00 (Twelve million five hundred thousand dollars); against defendant Starr Surplus Lines Insurance Company in the amount of $12,500,000.00 (Twelve million five hundred thousand dollars); against defendant Chubb Custom Insurance Company in the amount of $12,500,000.00 (Twelve million five hundred thousand dollars); against defendant General Security Indemnity Company of Arizona in the amount of $12,500,000.00 (Twelve million five hundred thousand dollars); against defendant Axis Surplus Insurance Company in the amount of $12,500,000.00 (Twelve million five hundred thousand dollars); and against defendant Ironshore Specialty Insurance Company in

the amount of $12,500,000.00 (Twelve million five hundred thousand dollars).

This action was (*check one*):

**X** tried to a jury with Judge Damon R. Leichty presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion _____

DATE: June 20, 2023                              *Chanda J. Berta, Clerk Of Court*

by s/ D. Kirkwood
*Signature of Clerk or Deputy Clerk*