AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | | |
|---|---|---|
| INDIANA GRQ, LLC | ) | |
| | ) | |
| v. | ) | Case No.: 3:21-cv-227 |
| AMERICAN GUARANTEE AND LIABILITY | ) | |
| INSURANCE COMPANY, et al. | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on <u>06/20/2023</u> against <u>DEFENDANTS</u> ,
                                                                              *Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 633.23 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,571.38 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 23,459.33 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 5,255.31 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 174.55 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 12,143.46 |
| TOTAL | $ | 43,237.26 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service             ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney:     <u>Mark E. Miller</u>

        Name of Attorney: <u>Mark E Miller</u>

For: <u>Indiana GRQ, LLC</u>        Date: <u>07/03/2023</u>
                    *Name of Claiming Party*

| Taxation of Costs |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
    *Clerk of Court*                              *Deputy Clerk*                 *Date*

# UNITED STATES DISTRICT COURT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Jeffrey Pope | 1 | 174.55 | | | | | $174.55 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $174.55 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**IN THE UNITED STATES DISTRICT**
**FOR THE NORTHERN DISTRICT OF**
**INDIANA SOUTH BEND DIVISION**

| | | |
|---|---|---|
| INDIANA GRQ, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 3:21-cv-00227-DRL-MGG |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN GUARANTEE AND | ) | |
| LIABILITY INSURANCE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ITEMIZATION OF COSTS</u>

1.   FEES OF CLERK

| | |
|---|---|
| Court fee for Summitt County Ohio | $633.23 |
| **SUBTOTAL** | **$633.23** |

2.   FEES FOR SERVICE OF SUMMONS AND SUBPOENA

| | |
|---|---|
| Coast Process Server – Process server charge for S. Stromeyer | $79.00 |
| Same Day Process Server – Process server charge for J. Pope | $150.00 |
| Same Day Process Server – Process server charge for J. Pope | $175.00 |
| Same Day Process Server – Process server charge for J. Pope | $215.00 |
| Same Day Process Server – Process server charge for Burns & McDonnell | $300.00 |
| Same Day Process Server – Process server charge for S. Stromeyer | $402.38 |
| Same Day Process Server – Process server charge for AmWins | $250.00 |
| **SUBTOTAL** | **$1,571.38** |

3.  FEES FOR PRINTED OR ELECTROINICIALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE

| | |
|---|---|
| Esquire – Charges related to deposition of M. Miley | $611.60 |
| U.S. Legal Support – Charges related to deposition of M. Thoman | $2,294.50 |
| Litigation Services, Inc. – Charges related to deposition of J. Lichter | $837.25 |
| Stewart Richardson – Charges related to deposition of T. Lovisa | $621.02 |
| Stewart Richardson – Charges related to deposition of P. Yanson | $312.97 |
| Stewart Richardson – credit on account | ($10.97) |
| Stewart Richardson – Charges related to deposition of K. McDaniel | $230.39 |
| Planet Depos – Charges related to deposition of P. Christoferson | $2,053.70 |
| Planet Depos – Charges related to deposition of K. Hargan | $1,139.30 |
| Planet Depos – Charges related to deposition of S. Keating | $2,488.20 |
| Planet Depos – Charges related to deposition of K. Kutchek | $498.50 |
| Planet Depos – Charges related to deposition of C. Mello | $750.42 |
| Planet Depos – Charges related to deposition of B. Rosolowski | $767.00 |
| Planet Depos – Charges related to deposition of S. Stromeyer | $3,094.10 |
| Planet Depos – Charges related to deposition of R. West | $1,848.20 |
| Planet Depos – Charges related to deposition of T. Cormier | $678.95 |
| Planet Depos – Charges related to deposition of T. Cormier | $394.00 |
| Planet Depos – Charges related to deposition of J. Pope | $1,623.40 |
| Planet Depos – Charges related to deposition of J. Provencher | $1,502.30 |
| Planet Depos – Charges related to deposition of D. Frangiamore | $910.00 |
| Planet Depos – Charges related to deposition of T. Delaney | $814.50 |

| | |
|---|---|
| Planet Depos – Charges related to deposition of T. Lovisa | $621.02 |
| Planet Depos – Charges related to deposition of P.Yanson | $312.97 |
| **SUBTOTAL** | **$23,459.33** |

4.  FEES AND DISBURSEMENTS FOR PRINTING

| | |
|---|---|
| Trust Array – Copies of exhibit binders | $5,255.31 |
| **SUBTOTAL** | **$5,255.31** |

5.  WITNESS FEES

| | |
|---|---|
| Witness fee for J. Pope | $174.55 |
| **SUBTOTAL** | **$174.55** |

6.  OTHER

| | |
|---|---|
| U.S. District Court, Northern District of Indiana – Pro Hac Vice Fee for M. Miller | $96.00 |
| U.S. District Court, Northern District of Indiana – Pro Hac Vice Fee for M. Massarsky | $96.00 |
| U.S. District Court, Northern District of Indiana – Pro Hac Vice Fee for W. O'Neil | $96.00 |
| U.S. District Court, Northern District of Indiana – Pro Hac Vice Fee for B. Friel | $96.00 |
| U.S. District Court, Norther District of Ohio – Pro Hac Vice Fee for M. Miller | $120.00 |
| U.S. District Court, Norther District of Ohio – Pro Hac Vice Fee for W. O'Neil | $120.00 |
| Trial Court Reporter Fee to D. Bonk for week one of trial | $3,262.50 |
| Trial Court Reporter Fee Credit from D. Bonk for week one of trial | ($224.75) |
| Trial Court Reporter Fee to A. Stokes for week two of trial | $3,000.00 |
| Trial Court Reporter Fee to A. Stokes for week two of trial | $701.12 |

3

| | |
|---|---|
| AmWins charge for producing documents in response to subpoena | $2,030.59 |
| Inserv charge for producing documents in response to subpoena | $2,650.00 |
| D.C. Bar Certificate of Good Standing for M. Miller Pro Hac Vice application | $25.00 |
| D.C. Bar Certificate of Good Standing for B. Friel Pro Hac Vice application | $25.00 |
| D.C. Bar Certificate of Good Standing for B. Massarsky Pro Hac Vice application | $25.00 |
| D.C. Bar Certificate of Good Standing for W. O'Neil Pro Hac Vice application | $25.00 |
| **SUBTOTAL** | **$12,143.46** |

**TOTAL COSTS:  $43,237.26**

Dated:  June 3, 2023

*/s/ Mark E. Miller*
Mark E. Miller
Brian G. Friel
William T. O'Neil
Benjamin W. Massarsky
MILLER FRIEL, PLLC
2445 M Street NW
Suite 910
Washington, DC  20037
Tel: (202) 760-3160
millerm@millerfriel.com
frielb@millerfriel.com
oneilw@millerfriel.com
massarskyb@millerfriel.com

and

Clint A. Zalas
LEE & ZALAS, P.C.
54931 30th Street
South Bend, Indiana 46635
Tel: (574) 232-5923
cazalas@lgzlegal.com

*Attorneys for Plaintiff*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served electronically on the parties listed below this 3rd day of July 2023 via the Court's electronic filing system.

Peter E. Kanaris
David E. Heiss
Hinshaw & Culbertson, LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
dheiss@hinshawlaw.com
pkanaris@hinshawlaw.com

Jennifer J. Kalas
Hinshaw & Culbertson, LLP
322 Indianapolis Blvd.
Suite 201
Schererville, IN 46375
Tel: (219) 864-4521
Fax: (219) 864-5052
jkalas@hinshawlaw.com

Mitchell A. Orpett
David E. Schroeder
Tribler Orpett & Meyer, P.C.
225 W. Washington St., Suite 2550
Chicago, IL 60606
maorpett@tribler.com
deschroeder@tribler.com

*Attorneys for Defendants*

 /s/ *Benjamin W. Massarsky*
Benjamin W. Massarsky

5

# Back up Documentation for Itemization of Costs

ummit County Clerk of Courts
05 S. High Street
kron, OH 44308-1162
30) 643-5099
ww.cpclerk.co.summit.oh.us

**Invoice No. CV-2020-06-1773**

## Case Number : CV-2020-06-1773

## INDIANA GRQ, LLC vs AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY

CV-2020-06-1773

JODI SPENCER
38109 Euclid Avenue
Willoughby, OH 44094

**Remit To:** Summit County Clerk of Courts
Civil Division
205 S. High Street
Akron, OH 44308
(330) 643-5099

Inquiries Civil Cases (330) 643-5099
Inquiries Criminal Cases (330) 643-2066
Inquiries Appeal Cases (330) 643-8310

Inquiries Domestic Cases (330) 643-2204
Inquiries Foreclosure Cases (330) 643-2063

| Name | Total Costs | Total Payments | Total Refunds | Total Due |
|------|-------------|----------------|---------------|-----------|
| INDIANA GRQ, LLC | $633.23 | $334.75 | $0.00 | $298.48 |
| | | | Total | $298.48 |



THIRD NOTICE

Payment Terms 90 Days Net

Tax ID
# 34-6002767

# Invoice

COAST PROCESS SERVERS

POST OFFICE BOX 1472
GULFPORT, MS. 39502

| Date | Invoice # |
|------|-----------|
| 4/12/2023 | 3157 |

| Bill To |
|---------|
| Miller Friel<br>2445 M Street, NW<br>Suite 910<br>Washington, DC 20037 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 15 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Service for Stuart Stromeyer | 79.00 | 79.00 |

| | **Total** | $79.00 |
|--|-----------|--------|



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Miller Friel, PLLC
William T. O'Neil
2445 M St., NW, #910
Washington, DC 20037
202-760-3160
frielb@millerfriel.com

Invoice #:
148652

Date:
05/18/2022

## INVOICE FOR SERVICE



| | |
|---|---|
| Service #278731: Burns & McDonnell Engineering Company 901 S 2nd St Ste 201, Springfield, IL 62704 Court Case #: 3:21-cv-00227-DRL-MGG | Your File# |
| Indiana GRQ, LLC v. American Guarantee and Liability Insurance Company, et al. | |
| Process Serving Fee (Outside Local Area) | $175.00 |
| Rush Service (SAME DAY) - Out of Local Area | $125.00 |
| **TOTAL CHARGES:** | **$300.00** |
| **BALANCE:** | **$300.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Miller Friel, PLLC
William T. O'Neil                                          Invoice #:
2445 M St., NW, #910                                       147147
Washington, DC 20037
202-760-3160                                               Date:
frielb@millerfriel.com                                     04/11/2022

### INVOICE FOR SERVICE



Service #277232: RE: Skiptrace upon                 Your File# 23653568
Jeffrey Pope
1841 Bangor Ln.,
Elk Grove Village, IL 60007
Court Case #:
3:21-cv-00227-DRL-MGG

Indiana GRQ, LLC v. American Guarantee and Liability Insurance
Company, et al

Skip Trace                                                          $150.00

**TOTAL CHARGES:**                                                  **$150.00**

**BALANCE:**                                                        **$150.00**



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Miller Friel, PLLC
William T. O'Neil
2445 M St., NW, #910
Washington, DC 20037
202-760-3160
frielb@millerfriel.com

Invoice #:
147425

Date:
04/19/2022

### INVOICE FOR SERVICE



Service #276621: Jeffrey Pope
Burns & McDonnell, 1431 Opus Pl.,
#400,
Downers Grove, IL 60515
Court Case #:
3:21-cv-00227-DRL-MGG

Your File# 23653568

Indiana GRQ, LLC v. American Guarantee and Liability Insurance
Company, et al

| | | |
|---|---|---|
| Process Serving Fee (Outside Local Area) | | $175.00 |
| Advanced Witness Fees | $40.00 witness fee not advanced at this address. | $0.00 |

**TOTAL CHARGES:**                                    **$175.00**

**BALANCE:**                                          **$175.00**

7



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Miller Friel, PLLC
William T. O'Neil
2445 M St., NW, #910
Washington, DC 20037
202-760-3160
frielb@millerfriel.com

Invoice #:
147734

Date:
04/26/2022

### INVOICE FOR SERVICE



| | |
|---|---|
| Service #277233: Jeffrey Pope | Your File# 23653568 |
| 1841 Bangor Ln., | |
| Elk Grove Village, IL 60007 | |
| Court Case #: | |
| 3:21-cv-00227-DRL-MGG | |

Indiana GRQ, LLC v. American Guarantee and Liability Insurance Company, et al

| | |
|---|---|
| Process Serving Fee (Outside Local Area) | $175.00 |
| Advanced Witness Fees | $40.00 |
| **TOTAL CHARGES:** | **$215.00** |
| **BALANCE:** | **$215.00** |

8



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Miller Friel, PLLC
William T. O'Neil                                                    Invoice #:
2445 M St., NW, #910                                                 148652
Washington, DC 20037
202-760-3160                                                         Date:
frielb@millerfriel.com                                               05/18/2022

### INVOICE FOR SERVICE



| Service #278731: Burns & McDonnell Engineering Company 901 S 2nd St Ste 201, Springfield, IL 62704 Court Case #: 3:21-cv-00227-DRL-MGG | Your File# |
|---|---|

Indiana GRQ, LLC v. American Guarantee and Liability Insurance Company, et al.

| | |
|---|---|
| Process Serving Fee (Outside Local Area) | $175.00 |
| Rush Service (SAME DAY) - Out of Local Area | $125.00 |
| **TOTAL CHARGES:** | **$300.00** |
| **BALANCE:** | **$300.00** |



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Miller Friel, PLLC
William T. O'Neil                                                    Invoice #:
2445 M St., NW, #910                                                 149456
Washington, DC 20037
202-760-3160                                                         Date:
frielb@millerfriel.com                                              06/08/2022

### INVOICE FOR SERVICE



Service #278721: Stuart Stromeyer                                   Your File#
112 Lincoln Cir,
Kohler, WI 53044
Court Case #:
3:21-cv-00227-DRL-MGG

Indiana GRQ, LLC v. American Guarantee and Liability Insurance
Company et al.

| | |
|---|---:|
| Process Serving Fee (Outside Local Area) | $175.00 |
| Rush Service (SAME DAY) - Out of Local Area | $125.00 |
| Advanced Witness Fees | $102.38 |
| **TOTAL CHARGES:** | **$402.38** |
| **BALANCE:** | **$402.38** |

10



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Miller Friel, PLLC
William T. O'Neil                                              Invoice #:
2445 M St., NW, #910                                           149472
Washington, DC 20037
202-760-3160                                                   Date:
frielb@millerfriel.com                                         06/08/2022

### INVOICE FOR SERVICE



Service #278905: AmWins Brokerage              Your File# 24209710
of the Midwest, LLC, by serving CT
Corporation System
208 So Lasalle St, Suite 814,
Chicago, IL 60604
Court Case #:
3:21-cv-00227-DRL-MGG

Indiana GRQ, LLC v. American Guarantee and Liability Insurance
Company, et al.

| | |
|---|---:|
| Process Serving Fee (Outside Local Area) | $175.00 |
| Rush Service (NEXT DAY) - Out of Local Area | $75.00 |
| **TOTAL CHARGES:** | **$250.00** |
| **BALANCE:** | **$250.00** |

11



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Miller Friel, PLLC
William T. O'Neil
2445 M St., NW, #910
Washington, DC 20037
202-760-3160
frielb@millerfriel.com

Invoice #:
149472

Date:
06/08/2022

### INVOICE FOR SERVICE



Service #278905: AmWins Brokerage
of the Midwest, LLC, by serving CT
Corporation System
208 So Lasalle St, Suite 814,
Chicago, IL 60604
Court Case #:
3:21-cv-00227-DRL-MGG

Your File# 24209710

Indiana GRQ, LLC v. American Guarantee and Liability Insurance
Company, et al.

| | |
|---|---|
| Process Serving Fee (Outside Local Area) | $175.00 |
| Rush Service (NEXT DAY) - Out of Local Area | $75.00 |
| **TOTAL CHARGES:** | **$250.00** |
| **BALANCE:** | **$250.00** |

1

# ESQUIRE
## DEPOSITION SOLUTIONS

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice - INV2180730*

| | |
|---|---|
| **Date** | 4/22/2022 |
| **Terms** | Net 30 |
| **Due Date** | 5/22/2022 |

| | |
|---|---|
| **Client Number** | C540395 |
| **Esquire Office** | Chicago |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Miller Friel, PLLC
1200 New Hampshire Avenue, NW
Suite 800
Washington DC 20036

**Services Provided For**
Miller Friel - Washington
O'Neil, William
2445 M Street, N.W.
Suite 910
Washington DC 20037

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/8/2022 | J8123795 | Richfield, OHIO | INDIANA GRQ, LLC, V. AMERICAN GUARANTEE AND LIABILITY C |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-VC-WI | Mark L. Miley | 125 | 4.00 | | $500.00 |
| CONDENSED TRANSCRIPT | Mark L. Miley | 1 | 25.00 | | $25.00 |
| E- EXHIBITS COLOR COPY | Mark L. Miley | 61 | 0.60 | | $36.60 |
| PROCESSING & COMPLIANCE | Mark L. Miley | 1 | 50.00 | | $50.00 |

| | |
|---|---|
| **Subtotal** | 611.60 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $611.60 |
| **Amount Due** | 611.60 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Miller Friel - Washington |
| **Client #** | C540395 |
| **Invoice #** | INV2180730 |
| **Invoice Date** | 4/22/2022 |
| **Due Date** | 5/22/2022 |
| **Amount Due** | **$611.60** |

# INVOICE

**U.S. Legal Support**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220177659-13 | 5/23/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6114057 | 4/29/2022 | $2294.50 |

**NE - WASHINGTON, DC**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 877-479-2484  Fax: 877-876-9330**

| Case Name |
|---|
| Indiana GRQ, LLC v. American Guarantee and Liability Insurance Company, et al |

**Sharon McDermott**
**Miller Friel, PLLC**
**2445 M Street Northwest Suite 910**
**Washington DC 20036**

| Case No. |
|---|
| 321CV00227DRLMGG |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Hinshaw & Culbertson, L.L.P. 151 North Franklin Street # Suite 2500 Chicago IL 60606 | Brian Friel, Esquire Miller Friel, PLLC 2445 M Street Northwest Suite 910 Washington DC 20036 | Client Matter No: Claim No: Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance Fee - First 2 Hours | 1.00 | N/A | $115.00 | $115.00 |
| Appearance - Additional Hours | 6.00 | Hours | $60.00 | $360.00 |
| ORIGINAL TRANSCRIPT OF: Micah Thoman | | | | |
| Original | 398.00 | Pages | $3.55 | $1,412.90 |
| Exhibit | 518.00 | Pages | $0.50 | $259.00 |
| Remote Proceeding Pages | 328.00 | Pages | $0.45 | $147.60 |
| | **Total Due** | | | **$2294.50** |
| | AFTER 7/7/2022 PAY | | | $2,294.50 |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$0.00** |
| | **(=) New Balance** | | | **$2294.50** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                                     Phone: 202-760-3159

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Sharon McDermott
Miller Friel, PLLC
2445 M Street Northwest Suite 910
Washington DC 20036

| Invoice No. | 20220177659-13 | | Invoice Date | 5/23/2022 |
|---|---|---|---|---|
| Job No. | 6114057 | | Case No. | 321CV00227DRLMGG |
| Total Due | **$2294.50** | | | |

Remit To:   **U.S. Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston, TX 77210**

## PAY BY CREDIT CARD

  

Cardholder's Name:

Card Number:

Exp. Date:                 Phone:

Billing Address:

Zip:                          Card Security Code:

Amount to Charge:

Cardholder's Signature:



Litigation SERVICES

3960 Howard Hughes Pkwy
Suite 700
Las Vegas, NV 89169
Phone: 800.330.1112
litigationservices.com

# STATEMENT

1 of 1

| Account No. | Date |
|---|---|
| C248141 | 5/2/2022 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $837.25 | $0.00 | $0.00 |
| 91 - 120 days | 121 days & Over | Total Due |
| $0.00 | $0.00 | **$837.25** |

Mark Miller, Esq.
Miller Friel, PLLC
2445 M. Street N.W.,
Suite 910

Washington, DC 20036

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 4/6/2022 | 1533327 | 837.25 | 862788 | 3/29/2022 | Justin Lichter | Indiana GRQ, LLC vs. American Guarantee and Liability Insurance Company, et al., |

**Tax ID:** 27-5114755

*Please detach bottom portion and return with payment.*

Mark Miller, Esq.
Miller Friel, PLLC
2445 M. Street N.W.,
Suite 910

Washington, DC 20036

Account No. : C248141

Date        : 5/2/2022

**Total Due** : **$837.25**

Remit To: **Litigation Services and Technologies of
Nevada, LLC
P.O. Box 98813
Las Vegas, NV 89193-8813**

# INVOICE

1 of 1



3960 Howard Hughes Pkwy
Suite 700
Las Vegas, NV 89169
Phone: 800.330.1112
litigationservices.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1533327 | 4/6/2022 | 862788 |
| **Job Date** | **Case No.** | |
| 3/29/2022 | | |
| **Case Name** | | |
| Indiana GRQ, LLC vs. American Guarantee and Liability Insurance Company, et al., | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mark Miller, Esq.
Miller Friel, PLLC
2445 M. Street N.W.,
Suite 910

Washington, DC 20036

1 CERTIFIED COPY OF TRANSCRIPT OF:

Justin Lichter

837.25

**TOTAL DUE  >>>**  **$837.25**

Location of Job : Sunshine Litigation Services
151 Country Estates Circle, Ste. 2
Reno, NV 89511

Deponent & Reporter Location: Reno, NV (Local reporter rates applied)

Please note, disputes or refunds will not be honored or issued after 30 days

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$837.25** |

**Tax ID:** 27-5114755

*Please detach bottom portion and return with payment.*

Mark Miller, Esq.
Miller Friel, PLLC
2445 M. Street N.W.,
Suite 910

Washington, DC 20036

| | | | |
|---|---|---|---|
| Job No. | : 862788 | BU ID | : NATW-CR-CO |
| Case No. | : | | |
| Case Name | : Indiana GRQ, LLC vs. American Guarantee and Liability Insurance Company, et al., | | |
| Invoice No. | : 1533327 | Invoice Date | : 4/6/2022 |
| **Total Due** | **: $837.25** | | |

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#:

Billing Address:

Zip: _____ Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To: **Litigation Services and Technologies of Nevada, LLC**
**P.O. Box 98813**
**Las Vegas, NV 89193-8813**

# STATEMENT

1 of 1

| Account No. | Date |
|---|---|
| C40929 | 8/11/2022 |

**StewartRichardson**
DEPOSITION SERVICES
800.869.0873  www.stewartrichardson.com

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $621.02 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$621.02** |

Mark E. Miller
MILLER FRIEL
2445 M Street NW
Suite 910
Washington, DC 20037

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 7/7/2022 | 262505 | 621.02 | 173015 | 6/15/2022 | Thomas Nathan Lovisa | Indiana GRQ, LLC v. American Guarantee and Liability Insurance Co., et al. |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Mark E. Miller
MILLER FRIEL
2445 M Street NW
Suite 910
Washington, DC 20037

Account No.  : C40929
Date         : 8/11/2022

**Total Due**   : **$621.02**

**PAYMENT WITH CREDIT CARD**   AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:        Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **STEWART RICHARDSON DEPOSITION SERVICES
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204**

# I N V O I C E

1 of 1

## StewartRichardson
### DEPOSITION SERVICES
800.869.0873  www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 262505 | 7/7/2022 | 173015 |

| Job Date | Case No. |
|---|---|
| 6/15/2022 | 3:21-CV-00227-DRL-MGG |

| Case Name |
|---|
| Indiana GRQ, LLC v. American Guarantee and Liability Insurance Co., et al. |

| Payment Terms |
|---|
| Due upon receipt |

Mark E. Miller
MILLER FRIEL
2445 M Street NW
Suite 910
Washington, DC 20037

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Thomas Nathan Lovisa

591.45

**TOTAL DUE  >>>**          **$591.45**

AFTER 8/6/2022  PAY          $621.02

Thanks for choosing local! If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

To make a payment online please visit our website.

Effective July 1, 2022, Stewart Richardson is going PAPERLESS! If your office requires a hard copy of invoices, please contact haley@stewartrichardson.com so we can note accordingly.

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 29.57 |
| **(=) New Balance:** | **$621.02** |

---

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Mark E. Miller
MILLER FRIEL
2445 M Street NW
Suite 910
Washington, DC 20037

| | | | | |
|---|---|---|---|---|
| Job No. | : 173015 | BU ID | : VALPO |
| Case No. | : 3:21-CV-00227-DRL-MGG | | |
| Case Name | : Indiana GRQ, LLC v. American Guarantee and Liability Insurance Co., et al. | | |
| Invoice No. | : 262505 | Invoice Date | : 7/7/2022 |
| **Total Due** | : **$621.02** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **STEWART RICHARDSON DEPOSITION SERVICES**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

# STATEMENT

**StewartRichardson**

**DEPOSITION SERVICES**

800.869.0873   www.stewartrichardson.com

| Account No. | Date |
|---|---|
| C40929 | 12/1/2022 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $0.00 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $621.02 | **$621.02** |

Mark E. Miller
MILLER FRIEL
2445 M Street NW
Suite 910
Washington, DC 20037

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 7/7/2022 | 262505 | 621.02 | 173015 | 6/15/2022 | Thomas Nathan Lovisa | Indiana GRQ, LLC v. American Guarantee and Liability Insurance Co., et al. |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Mark E. Miller
MILLER FRIEL
2445 M Street NW
Suite 910
Washington, DC 20037

Account No.  : C40929

Date  : 12/1/2022

**Total Due**  : **$621.02**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **STEWART RICHARDSON DEPOSITION SERVICES**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

# I N V O I C E

1 of 1

## StewartRichardson
### DEPOSITION SERVICES
800.869.0873   www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 262505 | 7/7/2022 | 173015 |

| Job Date | Case No. |
|---|---|
| 6/15/2022 | 3:21-CV-00227-DRL-MGG |

| Case Name |
|---|
| Indiana GRQ, LLC v. American Guarantee and Liability Insurance Co., et al. |

| Payment Terms |
|---|
| Due upon receipt |

Mark E. Miller
MILLER FRIEL
2445 M Street NW
Suite 910
Washington, DC 20037

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Thomas Nathan Lovisa

591.45

**TOTAL DUE  >>>**    **$591.45**
AFTER 8/6/2022  PAY    $621.02

Thanks for choosing local! If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

To make a payment online please visit our website.

Effective July 1, 2022, Stewart Richardson is going PAPERLESS! If your office requires a hard copy of invoices, please contact haley@stewartrichardson.com so we can note accordingly.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 29.57 |
| (=) New Balance: | **$621.02** |

---

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Mark E. Miller
MILLER FRIEL
2445 M Street NW
Suite 910
Washington, DC 20037

Job No.   : 173015          BU ID      : VALPO
Case No.   : 3:21-CV-00227-DRL-MGG
Case Name : Indiana GRQ, LLC v. American Guarantee and
                   Liability Insurance Co., et al.
Invoice No. : 262505          Invoice Date : 7/7/2022
**Total Due** : **$621.02**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **STEWART RICHARDSON DEPOSITION SERVICES**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

# STATEMENT

1 of 1



## DEPOSITION SERVICES

800.869.0873   www.stewartrichardson.com

| Account No. | Date |
|---|---|
| C40929 | 6/14/2022 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $230.39 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$230.39** |

Mark E. Miller
MILLER FRIEL
2445 M Street NW
Suite 910
Washington, DC 20037

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 5/6/2022 | 260482 | 230.39 | 171644 | 4/21/2022 | Kenneth C. McDaniel | Indiana GRQ, LLC v. American Guarantee and Liability Insurance Co., et al. |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Mark E. Miller
MILLER FRIEL
2445 M Street NW
Suite 910
Washington, DC 20037

Account No.  : C40929
Date         : 6/14/2022

**Total Due**   : **$230.39**

### PAYMENT WITH CREDIT CARD

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **STEWART RICHARDSON DEPOSITION
SERVICES
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204**

# I N V O I C E

1 of 1

**StewartRichardson**
**DEPOSITION SERVICES**
800.869.0873   www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 260482 | 5/6/2022 | 171644 |

| Job Date | Case No. |
|---|---|
| 4/21/2022 | 3:21-CV-00227-DRL-MGG |

| Case Name |
|---|
| Indiana GRQ, LLC v. American Guarantee and Liability Insurance Co., et al. |

| Payment Terms |
|---|
| Due upon receipt |

Mark E. Miller
MILLER FRIEL
2445 M Street NW
Suite 910
Washington, DC 20037

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Kenneth C. McDaniel

              219.42

**TOTAL DUE  >>>**           **$219.42**

        AFTER 6/5/2022  PAY        $230.39

Thanks for choosing local! If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

To make a payment online please go to this link: https://swipesimple.com/links/lnk_f7813640

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 10.97 |
| **(=) New Balance:** | **$230.39** |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Mark E. Miller
MILLER FRIEL
2445 M Street NW
Suite 910
Washington, DC 20037

Job No.   : 171644      BU ID     : SRA
Case No.  : 3:21-CV-00227-DRL-MGG
Case Name : Indiana GRQ, LLC v. American Guarantee and
             Liability Insurance Co., et al.
Invoice No. : 260482      Invoice Date : 5/6/2022
**Total Due**  : **$230.39**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:       Phone#: | | | |
| Billing Address: | | | |
| Zip:    Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **STEWART RICHARDSON DEPOSITION**
         **SERVICES**
         **One Indiana Square, Suite 2425**
         **211 N. Pennsylvania**
         **Indianapolis, IN 46204**

# STATEMENT

1 of 1

**StewartRichardson**

DEPOSITION SERVICES

800.869.0873   www.stewartrichardson.com

| Account No. | Date |
|---|---|
| C40929 | 7/14/2022 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $312.97 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$312.97** |

Mark E. Miller
MILLER FRIEL
2445 M Street NW
Suite 910
Washington, DC 20037

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 5/20/2022 | 261001 | 312.97 | 172071 | 5/6/2022 | Peter O. Yanson | Indiana GRQ, LLC v. American Guarantee and Liability Insurance Co., et al. |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Mark E. Miller
MILLER FRIEL
2445 M Street NW
Suite 910
Washington, DC 20037

Account No.  : C40929
Date         : 7/14/2022

**Total Due**  : **$312.97**

Remit To:  **STEWART RICHARDSON DEPOSITION SERVICES**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# I N V O I C E

1 of 1

**StewartRichardson**

**DEPOSITION SERVICES**

800.869.0873   www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 261001 | 5/20/2022 | 172071 |
| **Job Date** | **Case No.** | |
| 5/6/2022 | 3:21-CV-00227-DRL-MGG | |
| **Case Name** | | |
| Indiana GRQ, LLC v. American Guarantee and Liability Insurance Co., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mark E. Miller
MILLER FRIEL
2445 M Street NW
Suite 910
Washington, DC 20037

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Peter O. Yanson

298.07

**TOTAL DUE  >>>**     **$298.07**

AFTER 6/19/2022  PAY     $312.97

Thanks for choosing local! If you would like to make a payment over the phone, please call us at 317-237-3773. Anyone who answers will be able to assist.

To make a payment online please visit our website.

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 14.90 |
| **(=) New Balance:** | **$312.97** |

**Tax ID:** 35-1381218

*Please detach bottom portion and return with payment.*

Mark E. Miller
MILLER FRIEL
2445 M Street NW
Suite 910
Washington, DC 20037

| | | | |
|---|---|---|---|
| Job No. | : 172071 | BU ID | : VALPO |
| Case No. | : 3:21-CV-00227-DRL-MGG | | |
| Case Name | : Indiana GRQ, LLC v. American Guarantee and Liability Insurance Co., et al. | | |
| Invoice No. | : 261001 | Invoice Date | : 5/20/2022 |
| **Total Due** | : **$312.97** | | |

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:        Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To: **STEWART RICHARDSON DEPOSITION SERVICES**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis, IN 46204**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 500451 | 6/1/2022 | 446357 |

| Job Date | Case No. | |
|---|---|---|
| 5/12/2022 | 3:21-cv-00227-DRL-MGG | |

| Client and Case Name | | |
|---|---|---|
| Miller Friel PLLC - Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Client:

Bill O'Neil, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

---

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Paul Christoferson | | | |
| Attendance | 158.00 | Pages | 940.10 |
| Conference Room(s) | 4.00 | | 200.00 |
| Realtime | 1.00 | | 222.00 |
| Rough ASCII | 116.00 | Pages | 255.20 |
| Exhibits | 116.00 | Pages | 203.00 |
| Laptop Rental | 52.00 | Pages | 23.40 |
| Processing Fee | 1.00 | | 125.00 |
| Shipping & Handling | 1.00 | | 45.00 |
| | 1.00 | | 40.00 |

**TOTAL DUE  >>>**          **$2,053.70**

AFTER 7/1/2022  PAY          $2,156.39

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.
For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.
For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Bill O'Neil, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

| | |
|---|---|
| Invoice No. | : 500451 |
| Invoice Date | : 6/1/2022 |
| **Total Due** | : **$2,053.70** |
| AFTER 7/1/2022  PAY | $2,156.39 |

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 446357 |
| BU ID | : *41-NoCal |
| Case No. | : 3:21-cv-00227-DRL-MGG |
| Case Name | : Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. |



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 507729 | 7/6/2022 | 450622 |

| Job Date | Case No. |
|---|---|
| 6/16/2022 | 3:21-cv-00227-DRL-MGG |

| Client and Case Name |
|---|
| Miller Friel PLLC - Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Client:

Ben Massarsky, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

---

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| B. Tod Delaney | 212.00 | Pages | 742.00 |
| Exhibits | 55.00 | Pages | 27.50 |
| Processing Fee | 1.00 | | 45.00 |

**TOTAL DUE  >>>**  **$814.50**
AFTER 8/5/2022  PAY  $855.23

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 40.73 |
| **(=) New Balance:** | **$855.23** |

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ben Massarsky, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

| | | |
|---|---|---|
| Invoice No. | : | 507729 |
| Invoice Date | : | 7/6/2022 |
| **Total Due** | : | **$855.23** |

Remit To: **Planet Depos**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | | |
|---|---|---|
| Job No. | : | 450622 |
| BU ID | : | *29-CHI |
| Case No. | : | 3:21-cv-00227-DRL-MGG |
| Case Name | : | Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. |

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 506426 | 6/24/2022 | 450616 |
| **Job Date** | **Case No.** | |
| 6/10/2022 | 3:21-cv-00227-DRL-MGG | |
| **Client and Case Name** | | |
| Miller Friel PLLC - Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:

Ben Massarsky, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| David Herman Frangiamore | 241.00 | Pages | 843.50 |
| Exhibits | 43.00 | Pages | 21.50 |
| Processing Fee | 1.00 | | 45.00 |
| | **TOTAL DUE  >>>** | | **$910.00** |
| | AFTER 7/24/2022 PAY | | $955.50 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ben Massarsky, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

| | | |
|---|---|---|
| Invoice No. | : | 506426 |
| Invoice Date | : | 6/24/2022 |
| **Total Due** | : | **$910.00** |
| AFTER 7/24/2022 PAY | | $955.50 |

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | | |
|---|---|---|
| Job No. | : | 450616 |
| BU ID | : | *29-CHI |
| Case No. | : | 3:21-cv-00227-DRL-MGG |
| Case Name | : | Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. |



# INVOICE

1 of 1


We Make It Happen™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 501572 | 6/13/2022 | 447978 |

| Job Date | Case No. |
|---|---|
| 5/19/2022 | 3:21-cv-00227-DRL-MGG |

| Client and Case Name |
|---|
| Miller Friel PLLC - Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Bill O'Neil, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Keith Hargan, Corporate Designee | 176.00 | Pages | 748.00 |
| Attendance | 3.50 | | 210.00 |
| Exhibits | 214.00 | Pages | 96.30 |
| Processing Fee | 1.00 | | 45.00 |
| Shipping & Handling | 1.00 | | 40.00 |
| | **TOTAL DUE >>>** | | **$1,139.30** |
| | AFTER 7/13/2022 PAY | | $1,196.27 |

Ordered by : Brian G. Friel, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Bill O'Neil, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

Invoice No. : 501572
Invoice Date : 6/13/2022
**Total Due** : **$1,139.30**
AFTER 7/13/2022 PAY $1,196.27

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 447978
BU ID : *29-CHI
Case No. : 3:21-cv-00227-DRL-MGG
Case Name : Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al.



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 503422 | 6/14/2022 | 449969 |

| Job Date | Case No. |
|---|---|
| 6/6/2022 | 3:21-cv-00227-DRL-MGG |

| Client and Case Name |
|---|
| Miller Friel PLLC - Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Client:

Brian G. Friel, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Shawn Keating | 239.00 | Pages | 2,031.50 |
| Attendance | 6.00 | | 360.00 |
| Exhibits | 26.00 | Pages | 11.70 |
| Processing Fee | 1.00 | | 45.00 |
| Shipping & Handling | 1.00 | | 40.00 |
| **TOTAL DUE  >>>** | | | **$2,488.20** |

AFTER 7/14/2022  PAY          $2,612.61

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Brian G. Friel, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

Invoice No.    : 503422
Invoice Date  : 6/14/2022
**Total Due**     : **$2,488.20**
AFTER 7/14/2022  PAY  $2,612.61

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.      : 449969
BU ID        : *21-OOT
Case No.     : 3:21-cv-00227-DRL-MGG
Case Name  : Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al.

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 502848 | 6/24/2022 | 448168 |
| **Job Date** | **Case No.** | |
| 5/26/2022 | 3:21-cv-00227-DRL-MGG | |
| **Client and Case Name** | | |
| Miller Friel PLLC - Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Bill O'Neil, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Kenneth Kutchek | 116.00 | Pages | 435.00 |
| Exhibits | 37.00 | Pages | 18.50 |
| Processing Fee | 1.00 | | 45.00 |
| | **TOTAL DUE  >>>** | | **$498.50** |

AFTER 7/24/2022 PAY                $523.43

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Bill O'Neil, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

Invoice No.    : 502848
Invoice Date  : 6/24/2022
**Total Due**     : **$498.50**
AFTER 7/24/2022 PAY  $523.43

Remit To:  **Planet Depos, LLC**
          **P.O. BOX 791571**
          **Baltimore, MD 21279-1571**

Job No.      : 448168
BU ID        : *21-OOT
Case No.     : 3:21-cv-00227-DRL-MGG
Case Name  : Indiana GRQ, LLC -v- American Guarantee
              and Liability Insurance Company, et al.

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 499031 | 5/25/2022 | 448907 |
| **Job Date** | **Case No.** | |
| 5/20/2022 | 3:21-cv-00227-DRL-MGG | |
| **Case Name** | | |
| Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Bill O'Neil, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

---

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Chaz Timothy Mello | 77.00 | Pages | 570.57 |
| Attendance | 2.00 | | 80.00 |
| Exhibits | 33.00 | Pages | 14.85 |
| Processing Fee | 1.00 | | 45.00 |
| Shipping & Handling | 1.00 | | 40.00 |
| | **TOTAL DUE >>>** | | **$750.42** |
| | AFTER 6/24/2022 PAY | | $787.94 |

Due upon receipt and is not contingent on client payment.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Bill O'Neil, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

Invoice No.    : 499031
Invoice Date  : 5/25/2022
**Total Due**     : **$750.42**
AFTER 6/24/2022 PAY  $787.94

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.      : 448907
BU ID        : *29-CHI
Case No.     : 3:21-cv-00227-DRL-MGG
Case Name    : Indiana GRQ, LLC -v- American Guarantee
               and Liability Insurance Company, et al.



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 495976 | 5/12/2022 | 446353 |

| Job Date | Case No. | |
|---|---|---|
| 4/27/2022 | 3:21-cv-00227-DRL-MGG | |

| Client and Case Name | | |
|---|---|---|
| Miller Friel PLLC - Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Client:

Ben Massarsky, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

---

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Todd Andrew Cormier | | | 552.50 |
| Exhibits | 181.00 | Pages | 81.45 |
| Processing Fee | 1.00 | | 45.00 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$678.95** |
| AFTER 6/11/2022  PAY | $712.90 |

Due upon receipt and is not contingent on client payment.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 64.49 |
| **(=) New Balance:** | **$743.44** |

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ben Massarsky, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

| | |
|---|---|
| Invoice No. | : 495976 |
| Invoice Date | : 5/12/2022 |
| **Total Due** | : **$743.44** |

Remit To: **Planet Depos**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 446353 |
| BU ID | : *01-DMV |
| Case No. | : 3:21-cv-00227-DRL-MGG |
| Case Name | : Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. |

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 495977 | 5/12/2022 | 446353 |

| Job Date | Case No. | |
|---|---|---|
| 4/27/2022 | 3:21-cv-00227-DRL-MGG | |

| Client and Case Name | | |
|---|---|---|
| Miller Friel PLLC - Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Client:

Ben Massarsky, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

VIDEOCONFERENCING SERVICES:

| | | |
|---|---|---|
| Todd Andrew Cormier - MVC | | 0.00 |
| Mobile Videoconference - 2 Hour Minimum | 1.00 | 295.00 |
| Mobile Videoconference - Subsequent Hour(s) | 1.00   Hours | 99.00 |
| **TOTAL DUE  >>>** | | **$394.00** |
| AFTER 6/11/2022  PAY | | $413.70 |

Due upon receipt and is not contingent on client payment.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

| (-) **Payments/Credits:** | 0.00 |
|---|---|
| (+) **Finance Charges/Debits:** | 37.43 |
| (=) **New Balance:** | **$431.43** |

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ben Massarsky, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

| Invoice No. | : **495977** |
|---|---|
| Invoice Date | : 5/12/2022 |
| **Total Due** | : **$431.43** |

Remit To: **Planet Depos**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| Job No. | : 446353 |
|---|---|
| BU ID | : *01-DMV |
| Case No. | : 3:21-cv-00227-DRL-MGG |
| Case Name | : Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. |

# I N V O I C E

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 496680 | 5/18/2022 | 446354 |

| Job Date | Case No. |
|---|---|
| 5/3/2022 | 3:21-cv-00227-DRL-MGG |

| Client and Case Name |
|---|
| Miller Friel PLLC - Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Client:

Ben Massarsky, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Jeffrey Pope | 274.00 | Pages | 1,068.60 |
| Attendance | 7.00 | | 280.00 |
| Exhibits | 444.00 | Pages | 199.80 |
| Processing Fee | 1.00 | | 45.00 |
| Shipping & Handling | 1.00 | | 30.00 |

|  |  |
|---|---|
| **TOTAL DUE  >>>** | **$1,623.40** |
| AFTER 6/17/2022  PAY | $1,704.57 |

Ordered by    : Brian G. Friel, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

Due upon receipt and is not contingent on client payment.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

|  |  |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 154.22 |

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ben Massarsky, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

Invoice No.    : **496680**
Invoice Date   : 5/18/2022
**Total Due**     : **$1,777.62**

Remit To: **Planet Depos**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.     : 446354
BU ID       : *29-CHI
Case No.    : 3:21-cv-00227-DRL-MGG
Case Name  : Indiana GRQ, LLC -v- American Guarantee
and Liability Insurance Company, et al.

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 496680 | 5/18/2022 | 446354 |
| **Job Date** | **Case No.** | |
| 5/3/2022 | 3:21-cv-00227-DRL-MGG | |
| **Client and Case Name** | | |
| Miller Friel PLLC - Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:

Ben Massarsky, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

---

**(=) New Balance:** **$1,777.62**

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ben Massarsky, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

| | |
|---|---|
| Invoice No. | : 496680 |
| Invoice Date | : 5/18/2022 |
| **Total Due** | : **$1,777.62** |

Remit To: **Planet Depos**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 446354 |
| BU ID | : *29-CHI |
| Case No. | : 3:21-cv-00227-DRL-MGG |
| Case Name | : Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. |



# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 497453 | 5/18/2022 | 446355 |

| Job Date | Case No. | |
|---|---|---|
| 5/4/2022 | 3:21-cv-00227-DRL-MGG | |

| Client and Case Name |
|---|
| Miller Friel PLLC - Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Client:

Ben Massarsky, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Jerry Provencher | 278.00 | Pages | 1,084.20 |
| Attendance | 5.00 | | 200.00 |
| Exhibits | 318.00 | Pages | 143.10 |
| Processing Fee | 1.00 | | 45.00 |
| Shipping & Handling | 1.00 | | 30.00 |
| | **TOTAL DUE  >>>** | | **$1,502.30** |
| | AFTER 6/17/2022  PAY | | $1,577.42 |

Due upon receipt and is not contingent on client payment.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

| (-) **Payments/Credits:** | 0.00 |
|---|---|
| (+) **Finance Charges/Debits:** | 142.71 |
| (=) **New Balance:** | **$1,645.01** |

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Ben Massarsky, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

| Invoice No. | : **497453** |
|---|---|
| Invoice Date | : 5/18/2022 |
| **Total Due** | : **$1,645.01** |

Remit To: **Planet Depos**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| Job No. | : 446355 |
|---|---|
| BU ID | : *29-CHI |
| Case No. | : 3:21-cv-00227-DRL-MGG |
| Case Name | : Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. |



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 582448 | 5/17/2023 | 492970 |

| Job Date | Case No. | |
|---|---|---|
| 5/16/2023 | 3:21-cv-00227-DRL-MGG | |

| Client and Case Name | | |
|---|---|---|
| Miller Friel PLLC - Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Client:

Bill O'Neil, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

---

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Benjamin Rosolowski, BSEE | 100.00 | Pages | 700.00 |
| Exhibits | 44.00 | Pages | 22.00 |
| Processing Fee | 1.00 | | 45.00 |

| **TOTAL DUE  >>>** | **$767.00** |
|---|---|
| AFTER 6/16/2023  PAY | $805.35 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Bill O'Neil, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

| | |
|---|---|
| Invoice No. | : 582448 |
| Invoice Date | : 5/17/2023 |
| **Total Due** | : **$767.00** |
| AFTER 6/16/2023  PAY  $805.35 | |

Remit To: **Planet Depos**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 492970 |
| BU ID | : *29-CHI |
| Case No. | : 3:21-cv-00227-DRL-MGG |
| Case Name | : Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. |

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 518669 | 8/25/2022 | 457217 |

| Job Date | Case No. | |
|---|---|---|
| 8/10/2022 | 3:21-cv-00227-DRL-MGG | |

| Client and Case Name | | |
|---|---|---|
| Miller Friel PLLC - Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Client:

Brian G. Friel, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

---

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Stuart Stromeyer | 290.00 | Pages | 2,317.10 |
| Attendance | 2.00 | | 250.00 |
| Travel Time | 1.00 | | 175.00 |
| Exhibits | 524.00 | Pages | 262.00 |
| Processing Fee | 1.00 | | 45.00 |
| Shipping & Handling | 1.00 | | 45.00 |
| | **TOTAL DUE  >>>** | | **$3,094.10** |
| | AFTER 9/24/2022 PAY | | $3,248.81 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Brian G. Friel, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

Invoice No.    : 518669
Invoice Date  : 8/25/2022
**Total Due**    : **$3,094.10**
AFTER 9/24/2022 PAY  $3,248.81

Remit To: **Planet Depos**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.     : 457217
BU ID       : *21-OOT
Case No.    : 3:21-cv-00227-DRL-MGG
Case Name  : Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al.



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 502833 | 6/15/2022 | 446359 |

| Job Date | Case No. | |
|---|---|---|
| 5/25/2022 | 3:21-cv-00227-DRL-MGG | |

| Client and Case Name | | |
|---|---|---|
| Miller Friel PLLC - Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Client:

Brian G. Friel, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Robert West | 324.00 | Pages | 1,377.00 |
| Attendance | 1.00 | | 190.00 |
| Exhibits | 436.00 | Pages | 196.20 |
| Processing Fee | 1.00 | | 45.00 |
| Shipping & Handling | 1.00 | | 40.00 |
| **TOTAL DUE  >>>** | | | **$1,848.20** |

AFTER 7/15/2022  PAY        $1,940.61

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Brian G. Friel, Esquire
Miller Friel PLLC
2445 M Street NW
Suite 910
Washington, DC 20037

| | | |
|---|---|---|
| Invoice No. | : | 502833 |
| Invoice Date | : | 6/15/2022 |
| **Total Due** | : | **$1,848.20** |
| AFTER 7/15/2022  PAY  $1,940.61 | | |

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | | |
|---|---|---|
| Job No. | : | 446359 |
| BU ID | : | *21-OOT |
| Case No. | : | 3:21-cv-00227-DRL-MGG |
| Case Name | : | Indiana GRQ, LLC -v- American Guarantee and Liability Insurance Company, et al. |

# Invoice

**A**rray

**Payable to: Array**
**Mail to: 2995 Dawn Dr. Suite 106**
**Georgetown, TX 78628**
**Phone: 716-640-8823**
**\*\*Please include invoice number with payment\*\***

| Date | Invoice # |
|---|---|
| 5/8/2023 | X70438 |

| Tax ID - 85-0748969 | |

| Bill To |
|---|
| Miller Friel, PLLC |
| 2445 M St NW Ste. 910 |
| Washington, DC 20037 |
| Attn: Accounts Payable |

| Ship To |
|---|
| Miller Friel, PLLC |
| 2445 M St NW Ste. 910 |
| Washington, DC 20037 |
| Attn: Accounts Payable |

| Job Number | Array-WDC014210 |
|---|---|

| Terms | Due Date | Ship Date | Rep | Client Ref | Client Contact | Project Name |
|---|---|---|---|---|---|---|
| Net 30 | 6/7/2023 | 5/8/2023 | CS | IRG | Kristen Schumacher | IRG |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 10,132 | Blowback Printing - Black & White 8.5 x 11 | 0.12 | 1,215.84T |
| 6,032 | Blowback Printing - Color 8.5 x 11 | 0.50 | 3,016.00T |
| 1,320 | Index Tabs | 0.35 | 462.00T |
| 4 | 1.5" View D Ring Binder | 12.00 | 48.00T |
| 12 | 3" View D Ring Binder | 18.00 | 216.00T |

Unless otherwise covered by a separate written agreement: a) this invoice is due within 30 days of receipt; b) client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Array; c) client has 10 days from receipt of invoice to inspect the completed work for errors; d) if no objection is made within the 10 days, this invoice shall be deemed accepted and full payment shall be due in accordance with the terms stated above.

| | |
|---|---|
| **Subtotal** | $4,957.84 |
| **Sales Tax  (6.0%)** | $297.47 |
| **Payments/Credits** | $0.00 |
| **Balance** | $5,255.31 |



MILLER FRIEL PLLC
2445 M ST NW, STE. 910
WASHINGTON, DC 20037

6544

68-444/560

DATE 03/29/2023

PAY
TO THE
ORDER OF ___ Jeff Pope ___                    $ 174.55

One hundred + seventy four _____ 55/100 DOLLARS

UNITED BANK

FOR _____

⑆000065 44⑆

BRIGHT-LN,PROTO,TRANSF

## U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (South Bend)
## CIVIL DOCKET FOR CASE #: 3:21-cv-00227-DRL

| | |
|---|---|
| Indiana GRQ, LLC v. American Guarantee and Liability Insurance Company et al | Date Filed: 03/31/2021 |
| Assigned to: Judge Damon R Leichty | Jury Demand: Plaintiff |
| Case in other court: Ohio Northern, 5:20-cv-01812 | Nature of Suit: 110 Insurance |
| | Jurisdiction: Diversity |

Indiana GRQ, LLC v. American Guarantee and Liability Insurance
Company et al
Assigned to: Judge Damon R Leichty
Case in other court: Ohio Northern, 5:20-cv-01812
                     Court of Common Pleas, Summit County, Ohio,
                     CV-20-00006-1773
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 03/31/2021
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Mediator**

**William A Baten**

**Plaintiff**

**Indiana GRQ, LLC**                               represented by **Benjamin Massarsky PHV**
                                                   Miller Friel PLLC
                                                   2445 M St NW Ste 910
                                                   Washington, DC 20037
                                                   202-849-8053
                                                   Fax: 202-459-9527
                                                   Email: massarskyb@millerfriel.com
                                                   *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Brian Friel PHV**
                                                   Miller Friel PLLC
                                                   2445 M St NW Ste 910
                                                   Washington, DC 20037
                                                   202-760-3162
                                                   Fax: 202-459-9527
                                                   Email: frielb@millerfriel.com
                                                   *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Clint A Zalas**
                                                   Lee and Zalas
                                                   54391 N 30th St
                                                   South Bend, IN 46635
                                                   574-232-5923
                                                   Fax: 574-232-5942
                                                   Email: caz@leeandzalas.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jodi D. Spencer Johnson**
                                                   Brouse McDowell - Cleveland

600 Superior Avenue, E
Cleveland, OH 44114
216-830-6809
Fax: 216-830-6807
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark E Miller PHV**
Miller Friel PLLC
2445 M St NW Ste 910
Washington, DC 20037
202-760-3160
Fax: 202-459-9537
Email: millerm@millerfriel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William T O'Neil PHV**
Miller Friel PLLC
2445 M St NW Ste 910
Washington, DC 20037
202-760-3164
Fax: 202-459-9537
Email: oneilw@millerfriel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Phillip Wesley Lambert**
Brouse McDowell - Akron
Ste. 500
388 South Main Street
Akron, OH 44311
330-535-5711
Fax: 330-253-8601
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**American Guarantee and Liability
Insurance Company**                    represented by **Jennifer J Kalas**
                                       Hinshaw & Culbertson LLP - Sch/IN
                                       322 Indianapolis Blvd Ste 201
                                       Schererville, IN 46375
                                       219-864-5051
                                       Fax: 219-864-5052
                                       Email: jkalas@hinshawlaw.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Brett Thomaston PHV**
                                       Hinshaw & Culbertson LLP - Chi/IL
                                       151 N Franklin St Ste 2500
                                       Chicago, IL 60606

Fax: 312-704-3001
Email: bthomaston@hinshawlaw.com
*TERMINATED: 08/01/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C. Egger**
Reminger Co. - Cleveland
1400 Midland Bldg.
101 Prospect Avenue, W
Cleveland, OH 44115
216-430-2156
*ATTORNEY TO BE NOTICED*

**David E Heiss PHV**
Hinshaw & Culbertson LLP - Chi/IL
151 N Franklin St Ste 2500
Chicago, IL 60606
312-704-3000
Fax: 312-704-3001
Email: dheiss@hinshawlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter E Kanaris**
Hinshaw & Culbertson LLP - Chi/IL
151 N Franklin St Ste 2500
Chicago, IL 60606
312-704-3000
Fax: 312-704-3001
Email: pkanaris@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**Andrew D. Jamison**
Reminger & Reminger - Akron
400 Courtyard Square
80 South Summit Street
Akron, OH 44308
330-375-1311
Fax: 330-375-9078
*ATTORNEY TO BE NOTICED*

**Defendant**

**Interstate Fire & Casualty Company**            represented by **Jennifer J Kalas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew D. Jamison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel C. Egger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E Heiss PHV**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David E Schroeder**
Tribler Orpett and Meyer PC
225 W Washington St Ste 2550
Chicago, IL 60606
312-201-6400
Fax: 312-201-6401
Email: deschroeder@tribler.com
*ATTORNEY TO BE NOTICED*

**Mitchell A Orpett**
Tribler Orpett and Meyer PC
225 W Washington St Ste 2550
Chicago, IL 60606
312-201-6400
Fax: 312-201-6401
Email: maorpett@tribler.com
*ATTORNEY TO BE NOTICED*

**Peter E Kanaris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Starr Surplus Lines Insurance Company**                represented by **Jennifer J Kalas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew D. Jamison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brett Thomaston PHV**
(See above for address)
*TERMINATED: 08/01/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C. Egger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E Heiss PHV**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter E Kanaris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Chubb Custom Insurance Company          represented by Jennifer J Kalas

        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew D. Jamison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brett Thomaston PHV**
(See above for address)
*TERMINATED: 08/01/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C. Egger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E Heiss PHV**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter E Kanaris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**General Security Indemnity Company of Arizona**          represented by **Jennifer J Kalas**

        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew D. Jamison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brett Thomaston PHV**
(See above for address)
*TERMINATED: 08/01/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C. Egger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E Heiss PHV**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter E Kanaris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Axis Surplus Insurance Company**                  represented by   **Jennifer J Kalas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew D. Jamison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brett Thomaston PHV**
(See above for address)
*TERMINATED: 08/01/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C. Egger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E Heiss PHV**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter E Kanaris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ironshore Specialty Insurance Company**           represented by   **Jennifer J Kalas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew D. Jamison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brett Thomaston PHV**
(See above for address)
*TERMINATED: 08/01/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C. Egger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E Heiss PHV**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter E Kanaris**

USDC IN/ND case 3:21-cv-00227-DRL   document 241   filed 07/03/23   page 54 of 65

| 09/30/2020 | 20 | **Answer** to Complaint (Related Doc # 1 ) filed by Chubb Custom Insurance Company. (Heiss, David) [Transferred from Ohio Northern on 3/31/2021.] (Entered: 09/30/2020) |
| 09/30/2020 | 21 | **Answer** to Complaint (Related Doc # 1 ) filed by AXIS Surplus Insurance Company. (Heiss, David) [Transferred from Ohio Northern on 3/31/2021.] (Entered: 09/30/2020) |
| 10/01/2020 | 22 | **Answer** to Complaint (Related Doc # 1 ) filed by Ironshore Specialty Insurance Company. (Heiss, David) [Transferred from Ohio Northern on 3/31/2021.] (Entered: 10/01/2020) |
| 10/01/2020 | 23 | **Answer** to Complaint (Related Doc # 1 ) filed by General Security Indemnity Company of Arizona. (Heiss, David) [Transferred from Ohio Northern on 3/31/2021.] (Entered: 10/01/2020) |
| 10/01/2020 | 24 | **Answer** to Complaint (Related Doc # 1 ) filed by Starr Surplus Lines Insurance Company. (Heiss, David) [Transferred from Ohio Northern on 3/31/2021.] (Entered: 10/01/2020) |
| 10/01/2020 | 25 | **Answer** to Complaint (Related Doc # 1 ) filed by Interstate Fire & Casualty Company. (Heiss, David) [Transferred from Ohio Northern on 3/31/2021.] (Entered: 10/01/2020) |
| 10/05/2020 | 26 | **Opposition** to 15 **Motion** to change/transfer venue *to the U.S. District Court for the Northern District of Indiana* filed by Indiana GRQ, LLC. (Attachments: # 1 Declaration of Mark Miley) (Spencer Johnson, Jodi) [Transferred from Ohio Northern on 3/31/2021.] (Entered: 10/05/2020) |
| 10/05/2020 | 27 | Corporate Disclosure Statement filed by Indiana GRQ, LLC. (Spencer Johnson, Jodi) [Transferred from Ohio Northern on 3/31/2021.] (Entered: 10/05/2020) |
| 10/19/2020 | 28 | **Reply** Memorandum in support of 15 **Motion** to change/transfer venue *to the U.S. District Court for the Northern District of Indiana* filed by All Defendants. (Heiss, David) [Transferred from Ohio Northern on 3/31/2021.] (Entered: 10/19/2020) |
| 10/20/2020 | 29 | **Motion** for attorney Mark E. Miller to Appear Pro Hac Vice. Filing fee $ 120, receipt number AOHNDC-10357673, filed by Plaintiff Indiana GRQ, LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing)(Spencer Johnson, Jodi) [Transferred from Ohio Northern on 3/31/2021.] (Entered: 10/20/2020) |
| 10/20/2020 | 30 | **Motion** for attorney William T. ONeil to Appear Pro Hac Vice. Filing fee $ 120, receipt number AOHNDC-10357707, filed by Plaintiff Indiana GRQ, LLC. (Attachments: # 1 Exhibit A - Certificate of Good Standing)(Spencer Johnson, Jodi) [Transferred from Ohio Northern on 3/31/2021.] (Entered: 10/20/2020) |
| 10/22/2020 | | **Order** [non-document] granting plaintiff's Motion for appearance pro hac vice by attorney Mark E. Miller for Indiana GRQ, LLC. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again. (Related Doc # 29 ) Judge Sara Lioi on 10/22/2020. (E,CK) [Transferred from Ohio Northern on 3/31/2021.] (Entered: 10/22/2020) |
| 10/22/2020 | | **Order** [non-document] granting plaintiff's Motion for appearance pro hac vice by attorney William T. O'Neil for Indiana GRQ, LLC. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again. (Related Doc # 30 ) Judge Sara Lioi on 10/22/2020. (E,CK) [Transferred from Ohio Northern on 3/31/2021.] (Entered: 10/22/2020) |
| 03/29/2021 | 31 | **Memorandum Opinion and Order**: For the reasons set forth herein, the defendants' motion to transfer this case to the United States District Court for the Northern District of Indiana (Doc. |

| | | [is granted. Judge Sara Lioi on 3/31/2021. (EC) Transferred to Ohio Northern on 3/31/2021.] (Entered: 03/29/2021) |
|---|---|---|
| 03/29/2021 | 32 | **Order of Transfer**: For the reasons set forth in the contemporaneously filed Memorandum Opinion, this case is transferred to the United States District Court for the Northern District of Indiana. The case is closed in this district. Judge Sara Lioi on 3/29/2021. (E,CK) [Transferred from Ohio Northern on 3/31/2021.] (Entered: 03/29/2021) |
| 03/31/2021 | 33 | Case transferred in from District of Ohio Northern; Case Number 5:20-cv-01812. Original file and docket sheet received. (Entered: 03/31/2021) |
| 04/01/2021 | 35 | ORDER The court ORDERS the parties to file a joint statement identifying the citizenship of all parties, including the citizenship of Indiana GRQ's members, by April 15, 2021, else the case may be dismissed without further notice. Signed by Judge Damon R Leichty on 4/1/21. cc: pltf's cnsl (kjp) (Entered: 04/01/2021) |
| 04/15/2021 | 36 | NOTICE by Indiana GRQ, LLC (Zalas, Clint) (Entered: 04/15/2021) |
| 04/15/2021 | 37 | NOTICE of Appearance by Clint A Zalas on behalf of Indiana GRQ, LLC (Zalas, Clint) (Entered: 04/15/2021) |
| 04/29/2021 | 38 | NOTICE of Appearance by Jennifer J Kalas on behalf of All Defendants (Kalas, Jennifer) (Entered: 04/29/2021) |
| 05/07/2021 | 39 | ORDER, Joint Proposed Discovery due by 5/27/2021. Rule 16 Preliminary Pretrial Conference set for 6/10/2021 10:45 AM in US District Court - South Bend before Magistrate Judge Michael G Gotsch Sr.. Signed by Magistrate Judge Michael G Gotsch, Sr on 5/7/21. (slm) Modified on 5/7/2021 (slm). (Entered: 05/07/2021) |
| 05/07/2021 | 40 | MAGISTRATE JUDGE CONSENT FORMS sent to all parties.. (slm) (Entered: 05/07/2021) |
| 05/10/2021 | 41 | REPORT by Indiana GRQ, LLC . (Zalas, Clint) (Entered: 05/10/2021) |
| 05/10/2021 | 42 | Application for Attorney William T. O'Neil to Appear Pro Hac Vice on behalf of Indiana GRQ, LLC. Pro Hac Vice fee of $ 96 has been received, receipt number 0755-4568411(Pro Hac Vice Temporary login, ) (Entered: 05/10/2021) |
| 05/10/2021 | 43 | Application for Attorney Mark E. Miller to Appear Pro Hac Vice on behalf of Indiana GRQ, LLC. Pro Hac Vice fee of $ 96 has been received, receipt number 0755-4568448(Pro Hac Vice Temporary login, ) (Entered: 05/10/2021) |
| 05/11/2021 | 44 | ORDER granting 43 Application to Appear Pro Hac Vice of Attorney Mark E Miller PHV for Indiana GRQ, LLC. Signed by Magistrate Judge Michael G Gotsch, Sr on 5/11/2021. (ace) (Entered: 05/11/2021) |
| 05/11/2021 | 45 | ORDER granting 42 Application to Appear Pro Hac Vice of Attorney William T O'Neil PHV for Indiana GRQ, LLC. Signed by Magistrate Judge Michael G Gotsch, Sr on 5/11/2021. (ace) (Entered: 05/11/2021) |
| 05/12/2021 | 46 | Application for Attorney Peter Emanuel Kanaris to Appear Pro Hac Vice on behalf of American Guarantee and Liability Insurance Company.(Kanaris, Peter) ***FILING ERROR; ATTORNEY ALREADY FULLY ADMITTED; PAYMENT REFUNDED*** Modified on 5/12/2021 (ace). (Entered: 05/12/2021) |
| 05/12/2021 | 47 | Application for Attorney David Edward Heiss to Appear Pro Hac Vice on behalf of American Guarantee and Liability Insurance Company. Pro Hac Vice fee of $ 96 has been received, receipt number 0755-4571278(Heiss PHV, David) (Main Document 47 replaced on 5/13/2021 to include current court status information and Bar ID) (ace). Modified on 5/13/2021 (ace). (Entered: 05/12/2021) |
| 05/12/2021 | 48 | NOTICE of Appearance by Peter E Kanaris on behalf of All Defendants (Kanaris, Peter) (Entered: 05/12/2021) |

| 05/13/2021 | 49 | ORDER granting 47 Application to Appear Pro Hac Vice of Attorney David E. Heiss for American Guarantee and Liability Insurance Company, Interstate Fire & Casualty Company, Starr Surplus Lines Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona, Axis Surplus Insurance Company, and Ironshore Specialty Insurance Company. Signed by Magistrate Judge Michael G Gotsch, Sr on 5/13/2021. (ace) (Entered: 05/13/2021) |
|---|---|---|
| 05/21/2021 | 50 | SCHEDULING ORDER: The Court now ADOPTS the parties discovery plan as outlined below and establishes the following deadlines: The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by 6/2/2021. The last date to amend the pleadings without leave of court as to plaintiff is 6/30/2021; as to defendants is 7/31/2021. Thereafter, any amendments to the pleadings must be by motion and leave of court. The serving of reports from retained experts under Rule 26(a)(2) are due from plaintiff by 1/31/2022; and from defendants by 3/15/2022. Supplementation under Rule 26(e) due every six weeks until then. The last date for the completion of all discovery is 5/3/2022. The last date to file any discovery-related nondispositive motion shall be 30 days prior to the discovery deadline. The deadline to file any dispositive motions is 6/2/2022 with any response due 28 days thereafter and any reply due 14 days after the filing of a response, consistent with Local Rule 56-1(b) & (c). The parties have agreed upon William A. Baten, Esq. as mediator. The deadline for the parties to engage in mediation is 5/27/2022. The Court hereby VACATES the Preliminary Pretrial Conference for 6/10/2021 at 10:45 AM. Signed by Magistrate Judge Michael G Gotsch, Sr on 5/21/2021. (bas) (Entered: 05/21/2021) |
| 09/09/2021 | 51 | NOTICE of Appearance by Mitchell A Orpett on behalf of Interstate Fire & Casualty Company (Orpett, Mitchell) (Entered: 09/09/2021) |
| 09/17/2021 | 52 | MOTION for Protective Order by Defendants American Guarantee and Liability Insurance Company, Axis Surplus Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona, Interstate Fire & Casualty Company, Ironshore Specialty Insurance Company. (Attachments: # 1 Exhibit Exhibit A)(Heiss PHV, David) (Entered: 09/17/2021) |
| 10/01/2021 | 53 | RESPONSE to Motion re 52 MOTION for Protective Order filed by Indiana GRQ, LLC. (O'Neil PHV, William) (Entered: 10/01/2021) |
| 10/08/2021 | 54 | REPLY to Response to Motion re 52 MOTION for Protective Order filed by American Guarantee and Liability Insurance Company, Axis Surplus Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona, Ironshore Specialty Insurance Company, Starr Surplus Insurance Company. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E)(Heiss PHV, David) (Entered: 10/08/2021) |
| 10/26/2021 | 55 | ORDER: This Court DENIES WITHOUT PREJUDICE the 52 Protective Order proposed by Certain Insurers. The Court will entertain a motion for protective order drafted in compliance with the standards set forth in this order and the citations herein. Signed by Magistrate Judge Michael G Gotsch, Sr on 10/26/2021. (bas) (Entered: 10/26/2021) |
| 11/04/2021 | 56 | NOTICE of Appearance by David E Schroeder on behalf of Interstate Fire & Casualty Company (Schroeder, David) (Entered: 11/04/2021) |
| 12/09/2021 | 57 | Application for Attorney Benjamin W. Massarsky to Appear Pro Hac Vice on behalf of Indiana GRQ, LLC. Pro Hac Vice fee of $ 96 has been received, receipt number AINNDC-4774483(Massarsky, Benjamin) (Entered: 12/09/2021) |
| 12/09/2021 | 58 | ORDER granting 57 Application to Appear Pro Hac Vice of Attorney Benjamin Massarsky PHV for Indiana GRQ, LLC. Signed by Magistrate Judge Michael G Gotsch, Sr on 12/9/2021. (ace) (Entered: 12/09/2021) |
| 12/16/2021 | 59 | Joint MOTION for Protective Order by Defendants American Guarantee and Liability Insurance Company, Axis Surplus Insurance Company, Chubb Custom Insurance Company, |

| | | |
|---|---|---|
| | | Arizona, Ironshore Specialty Insurance Company, Starr Surplus Lines Insurance Company. (Kalas, Jennifer) (Entered: 03/16/2022) |
| 03/17/2022 | 72 | ORDER GRANTING 71 MOTION to Withdraw 70 First MOTION to Compel Certain Insurers First Motion to Compel by Defendants American Guarantee and Liability Insurance Company, Axis Surplus Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona, Ironshore Specialty Insurance Company, Starr Surplus Lines Insurance Company. WITHDRAWING 70 First MOTION to Compel Certain Insurers First Motion to Compel by Defendants American Guarantee and Liability Insurance Company, Axis Surplus Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona, Ironshore Specialty Insurance Company, Starr Surplus Lines Insurance Company. Signed by Magistrate Judge Michael G Gotsch, Sr on 3/17/2022. (lhc) (Entered: 03/18/2022) |
| 03/28/2022 | 73 | STATUS REPORT *on Behalf of the Parties* by Indiana GRQ, LLC. (Massarsky PHV, Benjamin) (Entered: 03/28/2022) |
| 03/30/2022 | 74 | MOTION for Extension of Time *Certain Insurers' Motion to Extend Discovery and Dispositive Motion Deadlines* by Defendants American Guarantee and Liability Insurance Company, Axis Surplus Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona, Ironshore Specialty Insurance Company, Starr Surplus Lines Insurance Company. (Heiss PHV, David) Modified on 3/31/2022 (jld). (Entered: 03/30/2022) |
| 04/01/2022 | 75 | RESPONSE to Motion re 74 MOTION for Discovery *Certain Insurers' Motion to Extend Discovery and Dispositive Motion Deadlines* filed by Indiana GRQ, LLC. (Massarsky PHV, Benjamin) (Entered: 04/01/2022) |
| 04/01/2022 | 76 | ORDER: The Zoom Scheduling Conference set for 4/4/2022 at 11:00 a.m. (EDT) is VACATED pending resolution of the motions. Text-only order by Judge Damon R Leichty on 4/1/2022. (rmc) (Entered: 04/01/2022) |
| 04/05/2022 | 77 | Application for Attorney Brian G. Friel to Appear Pro Hac Vice on behalf of Indiana GRQ, LLC. Pro Hac Vice fee of $ 96 has been received, receipt number AINNDC-4880705(Friel, Brian) (Entered: 04/05/2022) |
| 04/05/2022 | 78 | ORDER granting 77 Application to Appear Pro Hac Vice of Attorney Brian Friel PHV for Indiana GRQ, LLC. Signed by Magistrate Judge Michael G Gotsch, Sr on 4/5/2022. (ace) (Entered: 04/05/2022) |
| 04/06/2022 | 79 | REPLY to Response to Motion re 74 MOTION for Discovery *Certain Insurers' Motion to Extend Discovery and Dispositive Motion Deadlines Certain Insurers' Reply Memorandum In Support of Its Motion to Extend Discovery and Dispositive Motion Deadlines* filed by American Guarantee and Liability Insurance Company, Axis Surplus Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona, Ironshore Specialty Insurance Company, Starr Surplus Lines Insurance Company. (Heiss PHV, David) (Entered: 04/06/2022) |
| 04/18/2022 | 80 | ORDER: Certain Insurer's motion 74 is GRANTED IN PART. The deadline for the parties to complete discovery is EXTENDED to 6/17/22 and the dispositive motion deadline is also EXTENDED to 7/8/22. The Court REMINDS the parties of their obligation under Fed. R. Civ. P. 1 to facilitate a just, speedy, and inexpensive determination of this action and their obligation to exercise due diligence in negotiating disputes. All parties are ADMONISHED to proceed accordingly to avoid unnecessary delay and expense. Signed by Magistrate Judge Michael G Gotsch, Sr on 4/18/22. (nal) (Entered: 04/19/2022) |
| 04/20/2022 | 81 | SCHEDULING ORDER: The court SETS a scheduling conference for 05/20/2022 at 10:30 a.m. (EDT) to be held via Zoom. The parties must file a brief written status report on or before 05/13/2022 informing the court of the matters outlined in this scheduling order. The deadline to file any dispositive motions, including under Fed. R. Civ. P. 56, remains 07/08/2022. Signed by Judge Damon R Leichty on 04/20/2022. (jdb) (Entered: 04/20/2022) |

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of Indiana

INVOICE 20231650

**MAKE CHECKS PAYABLE TO:**

Brian Friel
Miller, Friel
2445 M Street NW, Suite 910
Washington, DC 20037

Debra J. Bonk
Federal Certified Realtime Reporter
204 South Main Street
Room 314
South Bend, IN 46601
(574) 246-8039   Fax: (574) 246-8086
debra_bonk@innd.uscourts.gov

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| __ CRIMINAL   X CIVIL | | 05-09-2023 | 05-16-2023 |

In the matter of: 3:21CV227, GRQ v AMERICAN GUARANTY

DAILY COPY DEPOSIT - WEEK ONE, ESTIMATE 900 PAGES 3262.50 (10% FROM INTERSTATE)
5/16, 134 PAGES
5/17, 261 PAGES
5/18, 268 PAGES
5/19, 175 PAGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | | | | | | |
| Misc. | 838 PAGES @ 7.25 (DAILY and FIRST COPY = 6075.50  divided by 2 = : | | | | | | | Misc. Charges | | 3037.75 |
| | | | | | | | | **Subtotal** | | 3037.75 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| **Date:** 05-09-2023 | | **Check:** | | | | | | Less Amount of Deposit | | 3262.50 |
| **Date:** 05-19-2023 | | **Check:** | | | | | | Total Refund | | 224.75 |
| | | | | | | | | **Total Due** | | 0.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

Debra J. Bonk

DATE:

05-19-2023

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| INVOICE | NUMBER<br>2023-28 FINAL |
|---|---|

TO: Brian Friel
Miller Friel
2445 M Street NW, Suite 910
Washington, DC 20037

PHONE: _____

FAX: _____

MAKE CHECK PAYABLE TO:

Ashley N. Stokes
5400 Federal Plaza
Hammond, Indiana 46320

PHONE: (219) 852-6557

| TRANSCRIPTS | | |
|---|---|---|
| ☐ CRIMINAL  ☑ CIVIL | DATE ORDERED<br>05/25/2023 | DATE DELIVERED<br>05/25/2023 |

IN THE MATTER OF (CASE NUMBER AND TITLE)

3:21-cr-00227 / Indiana GRQ v. American Guarantee, et al

| | CHARGES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 1,021 | 7.25 | 7,402.2! | | | 0.00 | | | 0.00 | 7,402.25 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): 5/22 - 5/25 | TOTAL | 7.402.25 |
|---|---|---|
| Week 2: Vol 5, 273 pg/Vol 6, 313 pg/Vol 7, 287 pg/Vol 8, 148 pg<br>Cost Sharing: $7.25 ($6.05 + $1.20 - Original and I Copy)<br>Total:  1,021 pages = $7,402.25 - $6,000 (deposit per side)<br>Balance:  $1,402.25 total / Cost Sharing:  $701.12 per side | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | 6.000.00 |
| | **AMOUNT DUE (OR REFUND)** | 1.402.25 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>Ashley N. Stokes | DATE<br>05/26/2023 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

**AMWINS**

Bill to:

> WILLIAM O'NEIL, ESQ.
> MILLER FRIEL PLLC
> 2445 M STREET NW, SUITE 910
> WASHINGTON, DC 20037
> (202) 760-3164
> ONEILW@MILLERFRIEL.COM

Ship to:

> WILLIAM O'NEIL, ESQ.
> MILLER FRIEL PLLC
> 2445 M STREET NW, SUITE 910
> WASHINGTON, DC 20037
> (202) 760-3164
> ONEILW@MILLERFRIEL.COM

| Litigation Matter Name/Amwins Business Unit | Contact | | Invoice Date | Due Date |
|---|---|---|---|---|
| Indiana GRQ, LLC v. American Guarantee and Liability Insurance Company, et al Insured: Industrial Realty Group, LLC (AB-MW - Chicago) | WILLIAM O'NEIL, Esq. | | 6/17/2022 | UPON RECEIPT |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| DOCUMENT PRODUCTION/SERVICE FEE | 1 | 100.00 | 100.00 |
| PER PAGE IMAGE/REVIEW FEE | 5,313 | .25 | 1,328.25 |
| NOVA OFFICE STRATEGIES RE: IMAGE RETRIEVAL/CONVERSION/TECHNICAL TIME | 1 | N/A | 602.34 |

Remit Payment to:

**ATTN: HEATHER CARPENTER**
Amwins Group, Inc.
4725 Piedmont Row Drive
Suite 600
Charlotte NC 28210

Contact Us at

Phone # 704.749.2700

www.amwins.com

| Subtotal | $2,030.59 |
|---|---|
| Sales Tax | $0.00 |
| **Total** | **$2,030.59** |

Federal Tax ID # 13-4009411

514 E. Marion Street
Mishawaka, IN 46545



9/15/2022

## Statement of Account

To:  Miller Friel, PLLC
2445 M Street Northwest
Washington, DC 20037

| As of 2022/15/9 | | | | | |
|---|---|---|---|---|---|
| **Customer: Account Name** | **Invoice#** | **Date** | **Payment Terms** | **Due Date** | **TOTAL** |
| Miller Friel, PLLC | INV-16733 | 6/15/2022 | Net 30 | 7/15/2022 | $2,650.00 |
| **Amount Due:** | | | | | **$2,650.00** |



574-968-0372

AMEX EXPRESS

Prepared For
MARK E MILLER
MILLER FRIEL PLLC

Account Number

Closing Date
10/28/20

Page 7 of 7

## Activity Continued

| Card Number XXXX-XXXXX3-41031 | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 10/07/20 | DC BAR | 877-333-2227 | DC | 25.00 |
| | REF# 2020-10-06- | 877-333-2227 | 10/06/20 | |
| 10/07/20 | DC BAR | 877-333-2227 | DC | 25.00 |
| | REF# 2020-10-06- | 877-333-2227 | 10/06/20 | |

AMERICAN EXPRESS

Prepared For
MARK E MILLER
MILLER FRIEL PLLC

Account Number

Closing Date
12/28/21

Page 3 of 9

## Activity Continued

**Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number | | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|---|
| 12/02/21 | DC BAR | 877-333-2227 | DC | | | 25.00 |
| | REF# 2021-12-01- | 877-333-2227 | 12/01/21 | | | |

MARK E MILLER
MILLER FRIEL PLLC

**Activity Continued**

| | | Reference Code | | Amount $ |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 02/24/22 | DC BAR | 877-333-2227 | DC | 25.00 |
| | REF# 2022-02-23- | 877-333-2227 | 02/23/22 | |

AMEX
EXPRESS

Prepared For
MARK E MILLER
MILLER FRIEL PLLC

Account Number

Closing Date
04/29/21

Page 5 of 9

---

**Activity Continued**



| 04/08/21 | DC BAR | 877-333-2227 | DC | 25.00 |
|---|---|---|---|---|
| | REF# 2021-04-07- | 877-333-2227 | 04/07/21 | |
| 04/08/21 | DC BAR | 877-333-2227 | DC | 25.00 |
| | REF# 2021-04-07- | 877-333-2227 | 04/07/21 | |