**IN THE UNITED STATES DISTRICT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| INDIANA GRQ, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 3:21-cv-00227-DRL-MGG |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN GUARANTEE AND | ) | |
| LIABILITY INSURANCE COMPANY, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>NOTICE OF APPEAL</u>

Defendant Axis Surplus Insurance Company, through the undersigned counsel pursuant to Federal Rules of Appellate Procedure 3 and 4, hereby appeals to the U.S. Court of Appeals for the Seventh Circuit from the *Amended Judgment in a Civil Action* entered in the above-captioned matter on March 25, 2024, Dkt. No. 281 (the "Judgment"), and from all adverse orders, rulings, decrees, opinions, and judgments leading up to, merged into, or included within the Judgment.

[*Signature follows on next page.*]

Dated: April 18, 2024    Respectfully submitted,

         */s/*  David E. Heiss
         Peter E. Kanaris
         David E. Heiss
         Jennifer J. Kalas
         HINSHAW & CULBERTSON LLP
         151 North Franklin Street, Suite 2500
         Chicago, Illinois 60606
         Phone: 312.704.3000
         Email: pkanaris@hinshawlaw.com
            dheiss@hinshawlaw.com
            jkalas@hinshawlaw.com

         *Counsel for Axis Surplus Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2024, I electronically filed with the Clerk of the U.S. District Court, the aforementioned document by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record:

Mark E. Miller
Brian G. Friel
William T. O'Neil
Benjamin W. Massarsky
MILLER FRIEL, PLLC
2445 M Street NW, Suite 910
Washington, DC 20037
Email: millerm@millerfriel.com
       frielb@millerfriel.com
       oneilw@millerfriel.com
       massarskyb@millerfriel.com

*Counsel for Plaintiff*

Clint A. Zalas
LEE, GROVES AND ZALAS
54931 30th Street
South Bend, IN 46635
Email: cazalas@lgzlegal.com

*Counsel for Plaintiff*

Mitchell A. Orpett
David E. Schroeder
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington St., Suite 2550
Chicago, IL 60606
Email: maorpett@tribler.com
       dscroeder@tribler.com

*Counsel for Interstate Fire & Casualty Company*

                                          */s/    David E. Heiss*