## IN THE UNITED STATES DISTRICT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

INDIANA GRQ, LLC,                          )
                                           )
      Plaintiff,                           )        Cause No. 3:21-cv-00227-DRL-MGG
                                           )
v.                                         )
                                           )
AMERICAN GUARANTEE AND                     )
LIABILITY INSURANCE COMPANY,)
et al.,                                    )
                                           )
      Defendants.                          )
                                           )

## NOTICE OF APPEAL

Please take notice that, pursuant to the Federal Rules of Appellate Procedures, Defendant American Guarantee and Liability Insurance Company hereby appeals the following to the United States Court of Appeals for the Seventh Circuit:

1. An opinion and order (Dkt. 128) signed by District Judge Damon R. Leichty on March 22, 2023.

2. An opinion and order (Dkt. 179) signed by District Judge Damon R. Leichty on May 4, 2023.

3. An opinion and order (Dkt. 239) signed by District Judge Damon R. Leichty on June 20, 2023.

4. Clerk's Entry of Judgment entered on June 20, 2023. (Dkt. 240).

5. An opinion and order (Dkt. 280) signed by District Judge Damon R. Leichty on March 22, 2024.

6. Clerk's Entry of Amended Judgment entered on March 25, 2024 (Dkt. 281), and all adverse orders, rulings, decrees, opinions, and judgments leading up to, merged into, or included within that judgment.

The Docketing Statement required pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit is filed contemporaneously with this Notice of Appeal.

Respectfully submitted,

By: */s/ David E. Heiss*

Peter E. Kanaris
David E. Heiss
Jennifer J. Kalas
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500 Chicago, IL 60606
Tel:    312-704-3000
Email: pkanaris@hinshawlaw.com
dheiss@hinshawlaw.com
jkalas@hinshawlaw.com

*Attorneys for Defendants,*
*American Guarantee and Liability*
*Insurance Company, Axis Surplus*
*Insurance Company, Starr Surplus Lines*
*Insurance Company, Chubb Custom*
*Insurance Company, Interstate Fire &*
*Casualty Company, Ironshore Specialty*
*Insurance Company and General Security*
*Indemnity Company of Arizona Insurers*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, I electronically filed with the Clerk of the U.S. District Court, the aforementioned document by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record:

Mark E. Miller
Brian G. Friel
William T. O'Neil
Benjamin W. Massarsky
MILLER FRIEL, PLLC
2445 M Street NW, Suite 910 Washington, DC 20037
Email:      millerm@millerfriel.com
              frielb@millerfriel.com
              oneilw@millerfriel.com
              massarskyb@millerfriel.com


Clint A. Zalas
LEE, GROVES AND ZALAS 54931 30th Street
South Bend, IN 46635
Email:      cazalas@lgzlegal.com



Mitchell A. Orpett
David E. Schroeder
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington St., Suite 2550
Chicago, IL 60606
Email:      maorpett@tribler.com
              dscroeder@tribler.com


                                    */s/ David E. Heiss*
                                    David E. Heiss