## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| INDIANA GRQ, LLC,<br><br>       Plaintiffs,<br><br>   v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, INTERSTATE FIRE & CASUALTY COMPANY, STARR SURPLUS LINES INSURANCE COMPANY, CHUBB CUSTOM INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, AXIS SURPLUS INSURANCE COMPANY, and IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>       Defendants. | Case No. 3:21-cv-00227-DRL |

## NOTICE OF APPEAL

Defendants Starr Surplus Lines Insurance Company, Chubb Custom Insurance Company, and General Security Indemnity Company of Arizona appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order dated March 22, 2024 (Document 280) and Amended Judgment in a Civil Action dated March 25, 2024 (Document 281) and all rulings that are intertwined with the Opinion and Order or Amended Judgment or otherwise necessary to ensure meaningful review.

Respectfully submitted,

By: */s/David E. Heiss*
    Peter E. Kanaris
    David E. Heiss
    Jennifer J. Kalas
    HINSHAW & CULBERTSON LLP
    151 North Franklin Street, Suite 2500

1

Chicago, IL 60606
312-704-3000
pkanaris@hinshawlaw.com
dheiss@hinshawlaw.com
jkalas@hinshawlaw.com

*Attorneys for Defendants Starr Surplus Lines
Insurance Company, Chubb Custom Insurance
Company, and General Security Indemnity
Company of Arizona*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, I electronically filed with the Clerk of the U.S. District Court, the aforementioned document by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record:

Mark E. Miller
Brian G. Friel
William T. O'Neil
Benjamin W. Massarsky
MILLER FRIEL, PLLC
2445 M Street NW, Suite 910
Washington, DC 20037
Email: millerm@millerfriel.com
          frielb@millerfriel.com
          oneilw@millerfriel.com
          massarskyb@millerfriel.com

*Counsel for Plaintiff*

Clint A. Zalas
LEE, GROVES AND ZALAS
54931 30th Street
South Bend, IN 46635
Email: cazalas@lgzlegal.com

*Counsel for Plaintiff*

Mitchell A. Orpett
David E. Schroeder
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington St., Suite 2550
Chicago, IL 60606
Email: maorpett@tribler.com
          dscroeder@tribler.com

*Counsel for Interstate Fire & Casualty Company*

/s/      *David E. Heiss*