UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| INDIANA GRQ, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN GUARANTEE AND ) <br> LIABILITY INSURANCE ) <br> COMPANY, INTERSTATE FIRE & ) <br> CASUALTY CO., GENERAL ) <br> SECURITY INDEMNITY COMPANY ) <br> OF ARIZONA, AXIS SURPLUS ) <br> INSURANCE CO., and IRONSHORE ) <br> SPECIALTY INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendants. ) | No. 3:21-cv-00227-DRL |

**STIPULATION TO DISCHARGE OF SURETY ON APPEAL BOND**

The parties, through their undersigned counsel, stipulate that they have reached a negotiated settlement in resolution of this matter. The parties further stipulate that Defendant Axis Surplus Insurance Company made its settlement payment by check, and not by execution on the appeal bond it posted. *See* Dkt. No. 300, 301. As such, the parties stipulate that the surety, Travelers Casualty and Surety of America, is discharged on the Bond (No. 107834245) and released from any and all obligations or liability to pay to Plaintiff any part of the judgment entered on June 20, 2023, and the amended judgment entered on March 25, 2024. The parties further stipulate that the surety is discharged and released from any and all obligations or liability to pay any lien given by Plaintiff.

1

Date: September 27, 2024            Respectfully submitted,

/s/ David E. Heiss
David E. Heiss
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Tel: (312) 704-3000
Email: dheiss@hinshawlaw.com

*Counsel for Axis Surplus Insurance Company*

—and—

/s/ *Clint A. Zalas*
Clint A. Zalas
LEE & ZALAS P.C.
54391 30th Street
South Bend, IN 46634
Tel: (574) 232-5923
Email: cazalas@lgzlegal.com

*Counsel for Indiana GRQ, LLC*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 27, 2024, I electronically filed with the Clerk of the U.S. District Court the aforementioned document by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

             */s/ David E. Heiss*
             David E. Heiss