# IN THE UNITED STATES DISTRICT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| INDIANA GRQ, LLC, | ) |
|    Plaintiff, | ) ) Cause No. 3:21-cv-00227-DRL-MGG |
| v. | ) ) |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, et al., | ) ) ) ) |
|    Defendants. | ) ) |

## STIPULATION TO DISCHARGE & RELEASE SUPERSEDEAS BOND

Defendant-Appellant American Guarantee And Liability Insurance Company, as Principal, and Plaintiff-Appellee Indiana GRQ, LLC stipulate that the Supersedeas Bond Number CGB7670608 and the rider thereto (the "Bond") posted by Fidelity and Deposit Company of Maryland and Zurich American Insurance Company ("Surety") in the amount of $33,276,255.58, is hereby discharged, released, and exonerated and in support state:

    1.    During the pendency of the appeal from the judgment entered by this Court on June 20, 2023 and amended on March 25, 2024, the parties entered into a mediated Settlement Agreement whereby Plaintiff released and forever discharged Principal.

    2.    Accordingly, the parties stipulate that the Bond and Surety are fully and unconditionally discharged, released, and exonerated from any and all past, present, and future liability arising under or in connection with the Bond.

1

Dated: October 8, 2024

By: /s/ *David E. Heiss*  
David E. Heiss  
HINSHAW & CULBERTSON LLP  
151 North Franklin Street, Suite 2500  
Chicago, IL 60606  
dheiss@hinshawlaw.com

Attorneys for American Guarantee  
And Liability Insurance Company

By: /s/ *Clint A. Zalas*  
Clint A. Zalas  
LEE AND ZALAS, P.C.  
54931 30th Street  
South Bend, IN 46635  
cazalas@lgzlegal.com

Attorneys for Indiana GRQ, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2024, I electronically filed with the Clerk of the U.S. District Court, the aforementioned document by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record:

Mark E. Miller
Brian G. Friel
William T. O'Neil
Benjamin W. Massarsky
MILLER FRIEL, PLLC
2445 M Street NW, Suite 910 Washington, DC  20037
millerm@millerfriel.com
frielb@millerfriel.com
oneilw@millerfriel.com
massarskyb@millerfriel.com


Mitchell A. Orpett
David E. Schroeder
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington St., Suite 2550
Chicago, IL 60606
maorpett@tribler.com
dscroeder@tribler.com

>*/s/ David E. Heiss*
>David E. Heiss