UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

INDIANA GRQ, LLC,

        Plaintiff,

  v.

AMERICAN GUARANTEE AND LIABILITY
INSURANCE COMPANY *et al.*,

        Defendants.

CAUSE NO. 3:21-cv-227 DRL

## FINAL AGREED ORDER DISCHARGING SUPERSEDEAS BOND

THIS CAUSE came before the Court on Defendant-Appellant Starr Surplus Lines Insurance Company and Plaintiff-Appellee Indiana GRQ, LLC's Agreed Motion to discharge the Supersedeas Bond Number 107941270 posted by The Travelers Casualty and Surety Company of America ("Travelers"), as Surety, in the referenced case in the amount of $14,512,734.26 at the request of Defendant-Appellant Starr Surplus Lines Insurance Company, as Principal.

The parties have reached a mediated settlement regarding the above-captioned case and the appeal was dismissed by Order of the United States Court of Appeals for the Seventh Circuit on September 17, 2024.  This settlement released and discharged Principal; therefore, the Supersedeas Bond is no longer required and should be discharged and Travelers and its parents, affiliates and subsidiaries released from any and all liability.

It is therefore ORDERED AND ADJUDGED that, pursuant to the mediated settlement, the Bond is no longer required and is hereby fully and unconditionally discharged, released, and exonerated and Travelers is hereby released from any and all past, present, and future liability arising under or in connection with the Bond.

SO ORDERED.

October 11, 2024                          *s/ Damon R. Leichty*
                                          Judge, United States District Court